## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH MURCHISON,

    PLAINTIFF,

    v.

HENRY J. SADOWSKI, et al.,

    DEFENDANTS.

FILED SCRANTON
FEB 29 2012
_____
DEPUTY CLERK

No. 3:11-CV-2285

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

### ORDER

**NOW** this 29th day of February, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2) Plaintiff's claim for money damages against all Defendants in their official capacities will be **DISMISSED WITH PREJUDICE** .

(3) Plaintiff's constitutional claims against Defendants Sadowski and Norwood will be **DISMISSED WITH PREJUDICE** and these two Defendants will be dismissed entirely from the action.

(4) Plaintiff's constitutional claims against the remaining Defendants will be **DISMISSED WITHOUT PREJUDICE.** Plaintiff will be allowed to amend the constitutional claims in his Complaint as to Defendants USP-Lewisburg Warden Bledsoe, unnamed Sort Team members, PA Potter and Dr. Pigos.

(5) This matter is **RECOMMITTED** to Magistrate Judge Blewitt.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge