**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

#06500-059
**(Inmate Number)**

Kenneth Murchison, pro se,
**(Name of Plaintiff)**

United States Penitentiary, P.O.
**(Address of Plaintiff)**

Box 1000, Lewisburg, PA. 17837

**vs.**

Warden; Brian A. Bledsoe, P.A. Potter,
Unknown Named Members of the
U.S.P./S.M.U. Lewisburg Sort Team,
**(Names of Defendants)** Dr. Pigos, and
Federal Bureau of Prisons, et. al.,

FILED
SCRANTON
APR 11 2012
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

3:11-CV-2285-ARC-TMB
**(Case Number)**

Amended
**COMPLAINT**

Under F.R.Civ.P. Rule 15 (a), Comes now the Plaintiff, Kenneth Murchison, and pursuant under Bivens V. six Unknown Named Agents of Fed. Bu. of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971). And under 28 U.S.C. § 1331, gives this Court Jurisdiction, to properly act, on this Complaint.

**TO BE FILED UNDER:** ____ 42 U.S.C. § 1983 - STATE OFFICIALS

✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **Previous Lawsuits**

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: United States District Court, For The Middle District of Pennsylvania Case No. #3:11-cv-1944, Judge Caputo, Magistrate Judge Blewitt. United State District Court, For The Northern District of Alabama, Judge; Susan Lovelace Blackburn. United States District Court, For The Central District of Georgia. None of these Case, were dismissed for reasons that fall within the new scope, of the PLRA. Which means failure to state a Claim, or dismissed for lack of merit, etc. etc.! So no reason why this should be now prohibited, from properly proceeding, on those Grounds.

II. **Exhaustion of Administrative Remedies**

A. Is there a grievance procedure available at your institution?
✓ Yes ____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
✓ Yes ____ No

If your answer is no, explain why not My answere was Yes, but I might add, the results I recieved, is also, Basically, what I am now recieving from the Court. You were Brutally Beaten, and "Sexually Assaulted" so what, go lay down, and shut up your complaining! As it now appears, from my side.

C. Is the grievance process completed? ✓ Yes ____ No I have no Rights, or Safety, I'm And Now, my Legal Mail, is not reaching the Court. Consistantly Being Violated.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Warden; Brian A. Bledsoe is Defendant #1, and is employed by the Federal Bureau of Prisons, and the U.S. Government, as Warden/Supervisor at U.S.P./S.M.U. Lewisburg, at Penitentiary for the Federal Bureau of Prisons, in Pennsylvania state.

B. Additional defendants Physician Assistant; Potter, Doctor Pigos, The Unknown Named Sort Team Members, also employed, at United States Penitentiary/Special Management Unit at Lewisburg Pennsylvania, et. al. Employed by the Government. All of the above Defendants, are under command, of Defendant #1. And ███ additional names to be later named, and too be anounted, as information is released. At this time, names of the Sort Team Members, will not be release, by Defendants.

IV. Statement of Claim  The Plaintiff, is hereby claiming, that: ███ on the date state below, He was Brutally Beaten, and Sexually Assaulted.

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) On May 16th, 2011, the Defendant, Warden; Brian A. Bledsoe, was notified, as in Supervisory Position, that must be notified, to authorized the use of Force, to be used, by the Sort Team, medical, and security staff. And on that day, did authorize, "Deadly", and "Excessive Force", to be used against the Plaintiff. And therefore, is so responsible, and liable, for atleast, for the Excessive Harm, brought upon the Plaintiff, of Brutality, and sexual Assault, by the Sort Team, it lead by Luetentant; Seba, Luetentant; Johnson, to enclude, Physician's Assistant; Potter, and Unknown Named-Sort Team Members. And the Cruel and Unusual Punishment, and "Torture," that followed.

1.

2. On May 16th, 17th, and 18th, the so Named above Defendants, conducted "undue "Torture," and Cruel and Unusual Punishment, by using, wrongly applied, and excessively tighten, Restraints, to further injure, and cruelly harm, and permantly damage, the Plaintiff's Health, already failing, as it was, of Illness'es and debilitating Desease's. And, caused the Plaintiff, permanent scars, and nerve damage, to His Wrist, Ankles, and Right Hand, that are permant, and irrepairable. And for (3) three days, did so, deny the Plaintiff, proper Medical Attention, Medication, and/or

3. nourishment, actually starving, the Plaintiff, and refusing to give Him, Food, medcation, or enough Water, and in essence, almost killing Him... by the third day. The Plaintiff, was also forced, to urinate, and deficate, upon Himself, for, All this period of time, He was not allowed, or taken out of (4) four-Point Restraint's, but played on a Slap of Iron, this way, for a, by Law, and Bureau Policy, to protect (4) Pointed Prisoners, for to long a period of time, for over 48 Hours, that way, He was forced to lay, in His urine, and feces, and not allowed to clean Himself. Cruelly and Usually Punished-this way, and by the authority, and actions, and while in the custody, of Defendants.

[Left margin, vertical text:] All Violations Under Eighth Amendment Claim. The United States Constitution.

*Continued; Excessive Force, was when Plaintiff was stripped naked, and Sexually Assaulted, with an object, pushed up his Rectum, on Video Camera.*

**V. Relief** *That proper, and Lawful-Justice, be served, and to, also ► See, the Tort Claim Act. 28 U.S.C. §2671, and 501, and now;*

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

*To rightfully "Reinstate," the Money Damages, so now, again, stated, below, in this Complaint? No Prejudice, Has been attached,*

1. *and so damages, should, by proper Law remain. And be so ordered, Reinstated, from the Ordered Date: 4/4/2012. The Plaintiff, also prays, that the Court construe liberally, and recognize the merits, and liability, of the Defendants, and detriment, and damage now caused, by these Defendants, and by the full force of the Court, allow them, to be sued, in their Individual Capacity? And so be ordered, compensate the Plaintiff, in the amount, so specified, in the Tort Claim, filed by the Plaintiff. In the amount, of One Hundred Million Dollars #100,000,000,000.00.*

2. *The Plaintiff prays, that all of the defendants, be allowed to be sued, in their Individual Capacity, and that they be held, to the Highest Standard of the Law, and that they be so ordered, to pay the Plaintiff, Compensentory, and too, Punitive Damages, in the amount so specified, in the Tort Claim, filed by the Plaintiff, with the Administration, Federal Bureau of Prisons. And that the Court, correct its error, in it's descretion, gutting-out damages, with prejudice, in a Civil Law suit. When no prejudice, can be shown, or proven, in this case.*

3. *The Plaintiff prays, that the Court also allow these Defendants, to be sued, for Injunctive Relief, in their Official Capacities, namely; Warden; Brain A. Bledsoe, and to grant relief, by a Court order ████ for the Plaintiff's safety, and continued threat, and harm, to his deteriorating Health, be moved, to a safe, and Medically accomodating, invironment? Specifically, an Institution, where proper Medical Attention and accomodations, can be administered, for the Plaintiff, is already in poor Health, His Health, waining, and worsening, and here, has been Harmed, and continue to be threatened, along with his safety, from open "Retaliation". Request Is Urgent! "Retaliation," for the filing of this suit, and in attempts to cover it up.*

*This is All Rights Under the First Amendment. The United States Constitution.*

Signed this ___8th___ day of ___April___, 20_12_.

_____
(Signature of Plaintiff)

*Added - Supplement; Retaliations, 1). Bogus Incident Reports.*
*and Attempts to try 2). Unlawful Use of Medications.*
*Cover - UP's. 3). Destruction, or withholding, of Mail.*

I declare under penalty of perjury that the foregoing is true and correct.

___4/8/2012___                                    _____
(Date)                                                          (Signature of Plaintiff)

3

FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

**THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. ____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. ____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS

Inmate Name: Kenneth Murchison

To: Clerk Of Court
United States District Court
For The Middle District Of PA
235 North Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
APR 19 2012
PER _____ DEPUTY CLERK

Special Legal Mail
Date: 4/8/2012