**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KENNETH MURCHINSON,

    Plaintiff,

    v.

WARDEN BLEDSOE, et al.,

    Defendants.

CIVIL ACTION NO. 3:11-2285

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 23rd day of July, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Blewitt's Report & Recommendation (Doc. 21) is **REJECTED in part and ADOPTED in part** as follows:

(1) The recommendation to **dismiss with prejudice** Plaintiff's Amended Complaint against the Federal Bureau of Prisons is **ADOPTED**. The Federal Bureau of Prisons is **dismissed** from this action.

(2) The recommendation to **dismiss with prejudice** Warden Bledsoe from the action is **REJECTED**.

(3) The recommendations to deny Plaintiff's Motion for Preliminary Injunction (Doc. 16) and to deny as moot Plaintiff's Motion for Reconsideration (Doc. 18) are **ADOPTED**. Plaintiff's Motion for Preliminary Injunction (Doc. 16) is **DENIED** and Plaintiff's Motion for Reconsideration (Doc. 18) is **DENIED as moot**.

(4) The recommendation to deny Plaintiff's Motion for Discovery (Doc. 15) is **ADOPTED**. Plaintiff's Motion for Discovery (Doc. 15) is **DENIED**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings, including screening Plaintiff's Second Amended Complaint, (Doc. 22), pursuant to the Prison Litigation Reform Act.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge