PJS:GMT:kas

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MURCHISON, | : | No. 3:CV-11-2285 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| V. | : | |
| | : | (Magistrate Judge Blewitt) |
| WARDEN B. A. BLEDSOE, et al., | : | |
| Defendants | : | Filed Electronically |

### EXHIBITS TO
### DEFENDANTS' BRIEF IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT

PETER J. SMITH
United States Attorney


s/ G. Thiel
G. THIEL
Assistant U.S. Attorney
PA 72926
Kimberly A. Stevens
Paralegal Specialist
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: (717)221-4482
Facsimile: (717)221-2246

Date: April 19, 2013

**INDEX**

Declaration of Michael S. Romano. ................................................................Ex. 1

    Public Information Data...................................................................Attach. A

    Administrative Remedy Generalized Retrieval ................................Attach. B

    Discipline Data................................................................................Attach. C

    Report of Incident, Form 583, May 16, 2011 ....................................Attach. D

    Video, May 16, 2011*......................................................................Attach. E

    Incident Reports-2163627, 2163617................................................ Attach. F

    After Action Report, Form 586.........................................................Attach. G

    Report of Incident, Form 583, May 17, 2011 ....................................Attach. H

    Video, May 17, 2011*...................................................................... Attach. I

    Incident Report 2163807..................................................................Attach. J

    15 Minute Checks, May 16-17, 2011.................................................Attach. K

    2 Hour Lt. Checks, May 16-18, 2011 ............................................... Attach. L

    Report of Incident, Form 583, June 17, 2012 ................................... Attach. M

    Video, June 17, 2012*.....................................................................Attach. N

    Incident Report 2316445..................................................................Attach. O

    After Action Report, Form 586......................................................... Attach. P

    Health Services Restraint Checks, June 17-18, 2012 .......................Attach. Q

    15 Minute Checks, June 17-18, 2012.................................................Attach. R

2 Hour Lt Checks, June 17-18, 2012 ................................................. Attach. S

BOP PS 5566.06, Use of Force and Application of Restraints.......... Attach. T

Declaration of Jason Seeba.......................................................................Ex. 2

Memo, May 16, 2011.......................................................Attach. A

Declaration of L. Potter ...........................................................................Ex. 3

Clinical Encounter, May 16, 2011 .......................................Attach. A

Declaration of J. Sherman ........................................................................Ex. 4

Memo, June 17, 2012.......................................................Attach. A

Declaration of K. Metzger.........................................................................Ex. 5

Memo, June 17, 2012.......................................................Attach. A

Declaration of Kevin Pigos, M.D. .............................................................Ex. 6

Health Problems ...........................................................Attach. A

Clinical Encounter, May 27, 2011 .......................................Attach. B

Clinical Encounter, July 20, 2011 .......................................Attach. C

Clinical Encounter, August 8, 2011 .....................................Attach. D

Clinical Encounter, November 3, 2011...................................Attach. E

Clinical Encounter, November 30, 2011.................................. Attach. F

Clinical Encounter, December 2, 2011 ...................................Attach. G

Clinical Encounter, March 7, 2011 .......................................Attach. H

Clinical Encounter, March 27, 2011 ..................................... Attach. I

Clinical Encounter, May 17, 2011 ....................................................Attach. J

Clinical Encounter, June 17, 2011 ....................................................Attach. K

**\*Murchison is not allowed to possess copies of the videos.   He can view the videos upon request to his Unit Team Manager.**

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH MURCHISON,                    )
                                      )
        Plaintiff                     )        CIVIL ACTION NO. 3:CV-11-2285
                                      )
vs.                                   )
                                      )
BRAIN BLEDSOE, et al.,                )
                                      )
        Defendants                    )

## DECLARATION OF MICHAEL S. ROMANO

1.     I am currently employed by the Federal Bureau of Prisons (hereafter "BOP"), and assigned to the United States Penitentiary, Lewisburg, PA(hereafter "USP Lewisburg"). I began employment with the BOP in 1991 as a Correctional Officer and was in that capacity through 2000. I returned to the Bureau of Prisons in May, 2006, as an Attorney Advisor. I remain in the capacity of Attorney Advisor assigned to USP Lewisburg. As a part of my duties and responsibilities, I have access to inmates' records, electronic data maintained on the BOP's SENTRY computer system, Administrative Remedy data, BOP Program Statements, and PACER. I certify that the Attachments referenced herein are true and accurate to the best of my knowledge.

2.     The Plaintiff is a federal inmate who is assigned to USP Lewisburg. The Plaintiff is a state inmate confined in the United States Penitentiary (USP), Lewisburg. He is serving a sentence of 18 years imposed by the state of North Dakota for conspiracy to distribute a controlled substance and simple assault. He has a projected release date of December 17, 2017, via good conduct time release. **See Public Information for Plaintiff**

1

3.      The BOP has established an administrative remedy procedure with respect to

inmate complaints, found at 28 C.F.R. § 542.10, *et seq.* Inmates are to informally present their

complaints to the staff and the staff is to attempt to resolve the matter. 28 C.F.R. § 542.13(a). If

the informal resolution is unsuccessful, the inmate is then to execute the appropriate form to

bring the matter to the attention of the Warden within twenty (20) calendar days of the

complained about event. 28 C.F.R. § 542.14. The Warden is then to respond to the inmate's

complaint within twenty (20) calendar days. 28 C.F.R. § 542.18.

4.      If an inmate is dissatisfied with the Warden's response , he may then appeal to the

Regional Director within twenty (20) calendar days. 28 C.F.R. § 542.15(a). If the response of

the Regional Director is not satisfactory, the inmate may then appeal to the Central Office of the

Federal Bureau of Prisons within thirty (30) calendar days, which office is the final

administrative appeal in the Bureau of Prisons. Id. An exception is made for appeals of

Discipline Hearing Officer ("DHO") decisions, which are first raised directly to the Regional

Office level and then to the Central Office level. 28 C.F.R. § 542.14(d)(4).

5.      If a remedy is rejected, it is returned to the inmate and the inmate is provided

with a written notice explaining the reason for rejection. A copy of the remedy is not maintained

by the Bureau of Prisons. 28 C.F.R. § 542.17(a). Accordingly, an inmate has not exhausted all

available remedies to enable him to file suit in federal district court until the complaint has been

filed at all levels of the process and has been denied at all levels prior to filing suit.

2

6.      A review of the SENTRY computer generated Administrative Remedy Generalized Retrieval was performed on December 18, 2012. The results revealed Petitioner has filed 123 remedies. The search was then limited to May 1, 2011 through December 17, 2012, and remedies filed at the national level (reflected by an "A" in the Remedy level field in on the cover/search parameters filed). The search yielded 36 results. A review of the results revealed 31 of the remedies filed at the national level were rejected.

The following remedies were not rejected but pertained to different issues:

Remedy No. 645058-A2 (page 4): the abstract field reflects the issue addressed pertained to his placement in the SMU program (denied)

Remedy No. 648317-A1 (page 8): the abstract field reflects the issue addressed pertained to a DHO challenge. (denied)

Remedy No. 674215-A2 (page 14): the abstract field reflects the issue addressed pertained to legal mail (denied)

Remedy No. 682886-A1 (page 16): the abstract field reflects the issue pertained to a request to be placed in a state correctional facility (still pending)

Remedy No. 701379-A1 (page 17): the abstract field reflects the issue addressed a challenge to being placed in the SMU program.

**See SENTRY Administrative Remedy Generalized Retrieval Record**

7.    Plaintiff has an extensive disciplinary history that includes fighting, threatening bodily harm, assault, setting a fire, possession of a weapon and possession of intoxicants. **See SENTRY Discipline Data**

8.    Murchison arrived at USP Lewisburg on May 16, 2011. He became disruptive directly upon his arrival (at approximately 4:10pm). Specifically, staff was removing Murchison's hand restraints when he pulled away from staff in an aggressive manner causing injury to the staff member's hand. Murchison then refused to submit to hand restraints and threatened staff. The Warden was contacted due to Murchison's disruptive behavior. Warden Bledsoe authorized a use of force team to be assembled to place Murchison in ambulatory restraints.

9.    At approximately 5:17pm the use of force team was assembled and confrontational avoidance procedures were initiated with positive results. Murchison then submitted to hand restraints. As Murchsion was removed from the cell he intentionally threw himself on the floor and refused staff orders to walk. Prior to placement on a gurney he was searched and put into new clothing. Murchison continued to threaten staff and resist being transported. He bit one staff member and spat on another while being moved on the gurney. The team placed Murchison on the floor to regain control of him. The Operations Lieutenant was notified of the situation and authorized Lt. Seeba (defendant in this case) to place Murchison directly into four point restraints. Murchison was then moved to cell #24 in the basement of Z-Block and placed in 4 point restraints. **See Form 583, Report of Incident Significant Incident LEW-11-0410 dated May 16, 2011; video for May 16, 2011 use of force**

10.    Two Incident Reports  (IR. #2163627 and IR #2163617) relating to the May 16, 2011 incident were written by staff who are not defendants in this case.  No good conduct time was taken in either instance.  **See IR. #2163627 and IR #2163617; Inmate Discipline data**

11.    An after action review of the incident was performed.  The reviewing officials are not defendants in this case.  The review concluded that the use of force/restraints were reasonable and appropriate.  Plaintiff was only in restraints from 5:20 pm on May 16, 2011 through 2:00pm on May 18, 2011 (less than 48 hours).  **See Form 586 After Action Review for Significant Incident LEW-11-0410**

12.    May 17, 2011:  The Operation's Lieutenant and the on duty Paramedic (Defendant L. Potter) were checking Murchison's restraints at approximately 12:00am.  Potter was checking the restraints when inmate Murchison spat in his face and became verbally aggressive.  Staff exited the cell and re-entered with a shield.  Murchison was a diabetic and Potter checked his blood glucose level which was noted as 224.  **See Form 583, Report of Incident for May 17, 2011 (Incident # LEW 11-414), video for May 17, 2011.**

13.    Potter wrote Plaintiff an incident report for assault and threatening (IR No. 2163807).  No good conduct time was taken as a result of the incident report.  **See IR. No. 2163807; Inmate Discipline Record**

**May 16-18-2011, Two Hour Lieutenant restraint checks**

14.    A review of the Two Hour Lieutenant check records for May 16-18, 2011, reveals Lt. Seeba (Defendant) only checked Murchison's restraints one time.  Seeba checked the restraints on May 17, 2011 at 8:00pm.  His notes indicate Murchison refused to use the toilet and refused the offer of water.  Seeba also noted that Murchison stated "I don't want nothing from you cracker" and that he was still agitated with a poor attitude.

A May 16, 2011, 8:00pm by a lieutenant who is not a defendant in this case noted that Murchison drank 8 oz of water, was still in an agitated state and stated he is not afraid to kill people.

A May 16, 2011, 10:00pm check by a lieutenant who is not a defendant in this case noted that Murchison drank 8 oz of water and ate one sandwich. Also noted that the inmate stated this place is fucked up and he still had a bad attitude.

A May 17, 2011, 2:00am check by a lieutenant who is not a defendant in this case noted that Murchison continued to threaten all staff with bodily harm. Murchison also threatened to find staff after he was released and kill us. Also noted that water was offered and refused. Other entries of May 17, 2011 by other lieutenants reflected a continued poor attitude and aggressive behavior.

A May 17, 2011, 4:00pm entry reflected Murchison drank 8 oz of water and ate one sandwich. He drank 8 oz of water at 6pm and refused water/toilet at 8pm.

On May 18, 2011, Murchison was downgraded to ambulatory restraints at 9:00am. A 2pm entry reflects he regained control and was released from restraints.

**See Two Hour Lieutenant Checks May 16-18, 2011**

15.    On June 17, 2012, Murchison and his cell mate refused to return their food trays and displayed imminent violence by threatening to assault each other or kill staff if they were not immediately removed from their cell and separated. Warden Thomas was notified and authorized a use of force team to be assembled and to place both inmates in ambulatory restraints. At approximately 7:44 am a use of force team was assembled and confrontation

avoidance procedures were initiated with positive results. Defendant Lt. Sherman was the use of force Lieutenant. Defendant Metzger was the confrontational avoidance person and had no role in physically moving Murchison. Murchison was removed from the cell, searched, placed in new clothes, medically assessed and put into ambulatory restraints. A review of the video reveals Murchison submitted to restraints. The Use of Force Team escorted him to the shower area (Murchison walked on his own), searched him and changed him into new clothes. He was medically assessed. While waiting to be moved to a cell Murchison complained that the belly chain was excessively tight and that he couldn't breathe. Murchison can be heard talking at length without any indication of difficulty breathing or talking. Murchison repeatedly stated that his rights were being violated while being placed in restraints and while being escorted, threatened to sue everyone. The Team then escorted him to D Block, cell 101 (again, Murchison walks on his own), placed him in the cell on the lower bunk. The team can then be seen exiting the cell.

**See Form 583, Report of Incident (Incident # LEW 12-431); video of June 17, 2012**

16.     Murchison was written an incident report for Interfering with a security device; threatening; and refusing an order (IR #2316445). A DHO hearing was later held with no good conduct time being taken. **See Incident Report  #2316445; Inmate Discipline History**

17.     Murchison was in restraints from 8:15am on June 17, 2012 through June 18, 2012 at 9:30am (a little over 24 hours). He medically assessed following the incident and regular checks were made by health care providers throughout the time he was in restraints. None of the defendants performed health care checks. Regular 15 minute checks were made by staff and regular two hour checks were made by a lieutenant. An after action review was performed and

concluded the use of force/restraints was reasonable and appropriate.

See Form 586, After Action Review, for Incident # LEW-12-0431; BOP Clinical Encounter

dated June 17, 2012; Health Services Restraint Review Forms dated June 17-18, 2012; 15

minute check records for June 17-18, 2012; Two Hour Lieutenant Checks

    18.    BOP Program Statement 5566.06, Use of Force and Application of Restraints and related CFR parts provide the policy for use of force and application of restraints.  Staff are authorized to apply physical restraints necessary to gain control of an inmate who appears to be dangerous because the inmate:

a. assaults another individual;
b. destroys government property;
c. attempts suicide;
d. inflict injury upon self; or
e. becomes violent or displays signs of imminent violence

See Page 1, purpose and scope

The policy also provides that there are two types of use of force:  immediate use of force and calculated use of force.  Policy provides that a calculated use of force is appropriate when an inmate is making verbal threats.
See pages 3-4, types of force; page 4 Circumstances

Principles governing the use of force and application of restraints:

Policy provides that an appropriate amount of force may be warranted to situations (not limited to) that are necessary to enforce institutional regulations.
See page 6

Progressive and ambulatory restraints

Policy also provides that progressive restraints are defined as the process of using the least restrictive restraints method to control the inmate as deemed necessary for the situation.  Based on the inmate's behavior, more restrictive restraints may be used.  Policy further provides that if an inmate is placed in restraints for a prolonged period that staff should look for a pattern of non-disruptive behavior over a period of time as an indication that the inmate has regained self-control and is no longer a disruptive threat.. The 15 minute and two hour logs should be reviewed to support any decision concerning the release of an inmate in restraints.  In situations where the need for more restrictive or secure restraints is necessary (ie the inmate's behavior becomes increasingly aggressive and disruptive, staff must determine the type of restraints to be used, including the use of four point restraints).

In situations involving highly assaultive and aggressive inmates, progressive restraints should be used only as an intermediate measure in placing the inmate in or removing an inmate from four-point restraints. Inmates in four point restraints will be checked by a lieutenant every 2 hours to determine if the inmate has regained a pattern of non-disruptive behavior over a period of time that would indicate the inmate has regained self-control and is no longer a disruptive threat. The lieutenant should use the 15 minute and two hour checks in making the determination whether the inmate has regained a pattern of self-control and may be released from restraints. During the two hour checks the inmate will be afforded the opportunity to use the toilet, unless the inmate is continuing to actively resist.

**See page 11-13**
**See PS 5566.06 Use of Force and Application of Restraints**

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that

the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __3cd__ day of January, 2013.

Michael S. Romano
Attorney Advisor
USP Lewisburg

Attach A

```
   LEWAJ          *        PUBLIC INFORMATION        *      12-18-2012
PAGE 001          *          INMATE DATA             *      12:40:52
                           AS OF 12-18-2012

REGNO..: 06500-059 NAME: MURCHISON, KENNETH J

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
                                            RACE/SEX...: BLACK / MALE
                                            AGE: 52
PROJ REL MT: FULL TERM RELEASE              PAR ELIG DT: N/A
PROJ REL DT: 12-17-2017                     PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ           *      PUBLIC INFORMATION        *     12-18-2012
PAGE 002         *         INMATE DATA           *     12:40:52
                          AS OF 12-18-2012
```

REGNO..: 06500-059 NAME: MURCHISON, KENNETH J

```
                    RESP OF: LEW
                    PHONE..: 570-523-1251    FAX: 570-522-7745
HOME DETENTION ELIGIBILITY DATE: 06-17-2017
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT
THE INMATE IS PROJECTED FOR RELEASE:  12-17-2017 VIA FT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: NORTH DAKOTA STATE
DOCKET NUMBER...................: 94-K-1568
JUDGE...........................: SCHNEIDER
DATE SENTENCED/PROBATION IMPOSED: 12-03-2001
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 11-18-2004
HOW COMMITTED...................: STATE PRISONER RECEIVED
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.:   $50.00         $00.00          $00.00     $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ----------------------

```
OFFENSE CODE....: 391
OFF/CHG: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE.
         SIMPLE ASSAULT
```

```
SENTENCE PROCEDURE.............: STATE SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   18 YEARS
TERM OF SUPERVISION............:    3 YEARS
DATE OF OFFENSE................: 05-11-1994
```

G0002      MORE PAGES TO FOLLOW . . .

```
   LEWAJ           *       PUBLIC INFORMATION       *      12-18-2012
   PAGE 003        *          INMATE DATA           *      12:40:52
                              AS OF 12-18-2012
```

REGNO..: 06500-059 NAME: MURCHISON, KENNETH J

```
                RESP OF: LEW
                PHONE..: 570-523-1251    FAX: 570-522-7745
--------------------------CURRENT COMPUTATION NO: 010 --------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 04-09-2012 AT DSC MANUALLY
COMPUTATION CERTIFIED ON 06-07-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 12-03-2001
TOTAL TERM IN EFFECT............:   18 YEARS
TOTAL TERM IN EFFECT CONVERTED..:   18 YEARS
EARLIEST DATE OF OFFENSE........: 05-11-1994

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: UNKNOWN
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: UNKNOWN
STATUTORY RELEASE DATE..........: 06-18-2017
TWO THIRDS DATE.................: UNKNOWN
180 DAY DATE....................: UNKNOWN
EXPIRATION FULL TERM DATE.......: 06-18-2017

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 06-18-2017
PROJECTED SATISFACTION METHOD...: STATE PRIS
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *      PUBLIC INFORMATION        *     12-18-2012
PAGE 004       *        INMATE DATA             *     12:40:52
                      AS OF 12-18-2012
```

REGNO..: 06500-059 NAME: MURCHISON, KENNETH J

                RESP OF: LEW

HOME DETENTION ELIGIBILITY DATE: 06-17-2017

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT
THE INMATE IS PROJECTED FOR RELEASE: 12-17-2017 VIA FT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

```
COURT OF JURISDICTION..........: NORTH DAKOTA
DOCKET NUMBER..................: 1:94CR0000350991
JUDGE..........................: CONMY
DATE SENTENCED/PROBATION IMPOSED: 03-03-1995
DATE COMMITTED.................: 11-18-2004
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $50.00        $00.00        $00.00     $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00
```

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....: 132
OFF/CHG: POSSESSION OF FIREARM BY CONVICTED FELON 18USC 922(G)

```
SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    6 MONTHS
TERM OF SUPERVISION............:    3 YEARS
DATE OF OFFENSE................: 03-28-1994
```

G0002       MORE PAGES TO FOLLOW . . .

```
LEWAJ          *         PUBLIC INFORMATION         *    12-18-2012
PAGE 005 OF 005 *              INMATE DATA          *    12:40:52
                            AS OF 12-18-2012
```

REGNO..: 06500-059 NAME: MURCHISON, KENNETH J

```
              RESP OF: LEW
              PHONE..:.570-523-1251   FAX: 570-522-7745
------------------------CURRENT COMPUTATION NO: 020 ------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 04-09-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-07-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 06-18-2017
TOTAL TERM IN EFFECT............:       6 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:       6 MONTHS
EARLIEST DATE OF OFFENSE........: 03-28-1994

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-17-2017
EXPIRATION FULL TERM DATE.......: 12-17-2017


PROJECTED SATISFACTION DATE.....: 12-17-2017
PROJECTED SATISFACTION METHOD...: FT REL
```

S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

*Attach B*

```
     LEWAJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
PAGE 001 OF                                                           12:29:50
        FUNCTION: L-P SCOPE: REG   EQ 06500-059    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 05-01-2011 THRU 12-17-2012 DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: A _        RECEIPT: _ _ _ "OR" EXTENSION: _ _
RCV  OFC : EQ ____ ____ ____ ____ ____ ____
TRACK:  DEPT:
       PERSON: ____ ____ ____ ____ ____ ____
         TYPE: ____ ____ ____ ____ ____ ____
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ ____ ____ ____ ____ ____ ____
RCV QTR..: EQ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____



   G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-18-2012
PAGE 002 OF     *          FULL SCREEN FORMAT           *    12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 645058-A1      SUB1: 15IS SUB2:   DATE RCV:   06-08-2011
UNT  RCV..:D-BLOCK      QTR RCV.: D03-319L   FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D03-319L   FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: BOP 2             RESP DUE:
ABSTRACT.: THINKS TIME IN SMU AT TDG SHOULD COUNT
STATUS DT: 06-24-2011  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:           RCT: EXT:   DATE ENTD: 06-24-2011
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 641741-A1      SUB1: 10ZM SUB2:   DATE RCV:   06-20-2011
UNT  RCV..:D-BLOCK      QTR RCV.: D03-318L   FACL RCV: LEW
UNT  ORG..:ALPHA        QTR ORG.: A01-010L   FACL ORG: TDG
EVT FACL.: TDG     ACC LEV:                   RESP DUE:
ABSTRACT.: REQUEST CHANGE OF TRANSFER
STATUS DT: 07-11-2011  STATUS CODE: REJ STATUS REASON: SEN WRL OTH
INCRPTNO.:           RCT: EXT:   DATE ENTD: 07-11-2011
REMARKS..: YOU MUST FIRST FILE YOUR APPEAL THE INSTITUTION.
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
   PAGE 003 OF        *            FULL SCREEN FORMAT             *      12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF..:: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 642956-A1       SUB1: 26AS SUB2:    DATE RCV:  06-21-2011
UNT  RCV..:D-BLOCK       QTR RCV.: D03-318L    FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D03-319L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                       RESP DUE:
ABSTRACT.: MEDICAL COMPLAINTS
STATUS DT: 07-11-2011  STATUS CODE: REJ STATUS REASON: INS WRL OTH
INCRPTNO.:           RCT:   EXT:    DATE ENTD: 07-11-2011
REMARKS..: YOU MUST FOLLOW THE ABOVE DIRECTIONS.




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF..:: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 645387-A1       SUB1: 34AS SUB2: 33HS DATE RCV:   07-11-2011
UNT  RCV..:C-BLOCK       QTR RCV.: C02-229L    FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D03-318L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                       RESP DUE:
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 07-27-2011  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:           RCT:   EXT:    DATE ENTD: 07-27-2011
REMARKS..: YOU MUST BEGIN BY FILING A BP-9




   G0002        MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-18-2012
  PAGE 004 OF      *            FULL SCREEN FORMAT            *     12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 644970-A1      SUB1: 25CS SUB2:    DATE RCV:   07-11-2011
UNT  RCV..:C-BLOCK        QTR RCV.: C02-229L  FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D03-318L  FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                     RESP DUE:
ABSTRACT.: WANTS ON CALL EMERGENCY ALERT BUTTON
STATUS DT: 07-27-2011  STATUS CODE: REJ STATUS REASON: WRL INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-27-2011
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 645058-A2      SUB1: 15IS SUB2:    DATE RCV:   07-18-2011
UNT  RCV..:C-BLOCK        QTR RCV.: C02-202L  FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D03-319L  FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  BOP  2             RESP DUE:  FRI  09-16-2011
ABSTRACT.: CHALLENGING SMU PLACEMENT
STATUS DT: 01-03-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-01-2011
REMARKS..: SEE REMEDY 563289-A2 - CHALLENGING
           SMU PLACEMENT
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
     PAGE 005 OF     *           FULL SCREEN FORMAT              *      12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 647642-A1      SUB1: 26AM SUB2: 34AM DATE RCV:   07-29-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-202L    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-229L    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                   RESP DUE:
ABSTRACT.: MEDICAL COMPLAINT
STATUS DT: 08-08-2011  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-08-2011
REMARKS..:



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 642956-A2      SUB1: 26AS SUB2:     DATE RCV:   08-02-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-202L    FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D03-319L    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                   RESP DUE:
ABSTRACT.: MEDICAL COMPLAINTS
STATUS DT: 08-12-2011  STATUS CODE: REJ STATUS REASON: WRL IRQ RAP
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-12-2011
REMARKS..:












G0002        MORE PAGES TO FOLLOW
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-18-2012
   PAGE 006 OF    *              FULL SCREEN FORMAT             *    12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 641741-A2      SUB1: 10ZM SUB2:       DATE RCV:  08-02-2011
UNT  RCV..:C-BLOCK     QTR RCV.: C02-202L        FACL RCV: LEW
UNT  ORG..:ALPHA       QTR ORG.: A01-010L        FACL ORG: TDG
EVT FACL.: TDG    ACC LEV:                       RESP DUE:
ABSTRACT.: REQUEST CHANGE OF TRANSFER
STATUS DT: 09-08-2011 STATUS CODE: REJ STATUS REASON: SEN WRL INS OTH
INCRPTNO.:          RCT:   EXT:    DATE ENTD: 09-08-2011
REMARKS...: FOLLOW THE INSTRUCTIONS GIVEN ABOVE.



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF....: LEW UNT/LOC/DST: B-BLOCK             QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 647541-A1      SUB1: 25DS SUB2:       DATE RCV:  08-04-2011
UNT  RCV..:C-BLOCK     QTR RCV.: C02-202L        FACL RCV: LEW
UNT  ORG..:C-BLOCK     QTR ORG.: C02-229L        FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                       RESP DUE:
ABSTRACT.: PERSONAL PROPERTY NOT BEING DISTRIBUTED
STATUS DT: 08-15-2011  STATUS CODE: REJ STATUS REASON: INF OTH
INCRPTNO.:          RCT:   EXT:    DATE ENTD: 08-15-2011
REMARKS...: SUPPORT REJECTION.  FOLLOW DIRECTIONS ON
             BP-9 REJECTION AND REFILE BP-9.









  G0002        MORE PAGES TO FOLLOW . . .
```

```
        LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
        PAGE 007 OF    *              FULL SCREEN FORMAT            *      12:29:50


   REGNO: 06500-059 NAME: MURCHISON, KENNETH
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
   REMEDY ID: 644970-A2       SUB1: 25CS SUB2:    DATE RCV:    08-16-2011
   UNT RCV..: C-BLOCK      QTR RCV.: C02-203L     FACL RCV: LEW
   UNT ORG..: D-BLOCK      QTR ORG.: D03-318L     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: WANTS ON CALL EMERGENCY ALERT BUTTON
   STATUS DT: 08-22-2011  STATUS CODE: REJ STATUS REASON: WRL INF INS
   INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-22-2011
   REMARKS..: FOLLOW THE INSTRUCTIONS PROVIDED BY THE OFFICE FIRST
              IDENTIFYING THE DISCREPANCY...CORRECT AND RESUBMIT
              TO THAT LEVEL.


   REGNO: 06500-059 NAME: MURCHISON, KENNETH
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
   REMEDY ID: 645387-A2       SUB1: 34AS SUB2: 33HS DATE RCV:    08-16-2011
   UNT RCV..: C-BLOCK      QTR RCV.: C02-203L     FACL RCV: LEW
   UNT ORG..: D-BLOCK      QTR ORG.: D03-318L     FACL RCV: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF COMPLAINTS
   STATUS DT: 08-24-2011  STATUS CODE: REJ STATUS REASON: WRL OTH
   INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-24-2011
   REMARKS..: AS STATED PREVIOUSLY, YOU MUST BEGIN THE
              PROCESS BY FILING A BP-9 AT YOUR LOCAL
              INSTITUTION.






   G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
    PAGE 008 OF     *              FULL SCREEN FORMAT             *      12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 648317-A1      SUB1: 20DS SUB2:       DATE RCV:   09-07-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-204L       FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-202L       FACL ORG: LEW
EVT FACL.: LEW      ACC LEV: NER  2 BOP  1            RESP DUE:  SUN  11-06-2011
ABSTRACT.: DHO APPEAL/HEARING 07/13/2011/CODE 224
STATUS DT: 03-16-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2163627   RCT: P EXT: P DATE ENTD: 09-23-2011
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 652104-A1      SUB1: 15IS SUB2: 13CS DATE RCV:   09-13-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-204L       FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-203L       FACL ORG: LEW
EVT FACL.: LEW      ACC LEV:                          RESP DUE:
ABSTRACT.: CLAIMS BEING PLACED WITH SEPS IN RECREATION
STATUS DT: 09-29-2011  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 09-29-2011
REMARKS..: YOU SHOULD FOLLOW THE INSTRUCTIONS THAT WERE
           PREVIOUSLY PROVIDED TO YOU.
```

```
    G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
PAGE 009 OF      *            FULL SCREEN FORMAT              *     12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 653829-A1       SUB1: 33HS SUB2:    DATE RCV:  09-19-2011
UNT  RCV..:C-BLOCK       QTR RCV.: C02-205L    FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-203L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                        RESP DUE:
ABSTRACT.: BP-8S BEING WITHELD/NOT ANSWERED
STATUS DT: 10-03-2011  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 10-03-2011
REMARKS..: FOLLOW THE INSTRUCTIONS YOU WERE PREVIOUSLY
           PROVIDED BY THE INSTITUTION.



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 652104-A2       SUB1: 15IS SUB2: 13CS DATE RCV:  10-19-2011
UNT  RCV..:C-BLOCK       QTR RCV.: C02-206L    FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-203L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                        RESP DUE:
ABSTRACT.: CLAIMS BEING PLACED WITH SEPS IN RECREATION
STATUS DT: 10-31-2011  STATUS CODE: REJ STATUS REASON: INF OTH RSA
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 10-31-2011
REMARKS..: ATTACH COMPLETED ATTEMPT AT INFORMAL RESOLUTION FORM
           SIGNED BY UNIT STAFF. RESUBMIT TO THE INSTITUTION
           FOR REVIEW & DETERMINATION.










G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
PAGE 010 OF     *           FULL SCREEN FORMAT               *     12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 657614-A1      SUB1: 26AS SUB2: 34AS DATE RCV:  10-19-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-206L    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-205L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 10-31-2011  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-31-2011
REMARKS..:



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 653829-A2      SUB1: 33HS SUB2:     DATE RCV:  10-19-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-206L    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-203L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: BP-8S BEING WITHELD/NOT ANSWERED
STATUS DT: 10-31-2011  STATUS CODE: REJ STATUS REASON: INF RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-31-2011
REMARKS..: ATTACH COMPLETED INFORMAL RESOLUTION FORM SIGNED BY
           UNIT STAFF. SEEK ASSISTANCE FROM UNIT MANAGER.
           RESUBMIT TO INST FOR REVIEW & DETERMINATION.




G0002       MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
  PAGE 011 OF      *              FULL SCREEN FORMAT              *     12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 661476-A2    .SUB1: 25ES SUB2:    . DATE RCV:   11-15-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-207L    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-206L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                      RESP DUE:
ABSTRACT.: BEING DENIED HYGIENE PRODUCTS
STATUS DT: 12-05-2011  STATUS CODE: REJ STATUS REASON: INF WRL FRM
INCRPTNO.:            RCT:  EXT:   DATE ENTD: 12-05-2011
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 661476-A1       SUB1: 25ES SUB2:    DATE RCV:   11-23-2011
UNT  RCV..:C-BLOCK      QTR RCV.: C02-208L    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-206L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                      RESP DUE:
ABSTRACT.: BEING DENIED HYGIENE PRODUCTS
STATUS DT: 12-02-2011  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:            RCT:  EXT:   DATE ENTD: 12-02-2011
REMARKS..: FOLLOW THE INSTRUCTIONS PROVIDED BY THE INST.










G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ             *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   12-18-2012
PAGE 012 OF          *           FULL SCREEN FORMAT             *   12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF..: LEW UNT/LOC/DST: B-BLOCK                QTR.: B03-301L    RCV OFC: BOP
REMEDY ID: 661476-A3       SUB1: 25ES SUB2:       DATE RCV:   12-21-2011
UNT  RCV..:C-BLOCK         QTR RCV.: C02-209L      FACL RCV: LEW
UNT  ORG..:C-BLOCK         QTR ORG.: C02-206L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: BEING DENIED HYGIENE PRODUCTS
STATUS DT: 01-13-2012  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 01-13-2012
REMARKS..: FOLLOW THE INSTRUCTIONS PROVIDED BY STAFF &
           RESUBMIT TO THE INST. FOR REVIEW.



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF..: LEW UNT/LOC/DST: B-BLOCK                QTR.: B03-301L    RCV OFC: BOP
REMEDY ID: 674215-A1       SUB1: 33FS SUB2:       DATE RCV:   03-03-2012
UNT  RCV..:C-BLOCK         QTR RCV.: C02-212L      FACL RCV: LEW
UNT  ORG..:C-BLOCK         QTR ORG.: C02-211L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  1 BOP  2    RESP DUE:
ABSTRACT.: COMPLAINTS REGARDING PROCESSING OF LEGAL MAIL
STATUS DT: 04-17-2012  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 04-17-2012
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
    PAGE 013 OF      *              FULL SCREEN FORMAT              *      12:29:50


    REGNO: 06500-059 NAME: MURCHISON, KENNETH
    RSP OF...: LEW UNT/LOC/DST: B-BLOCK               QTR.: B03-301L   RCV OFC: BOP
    REMEDY ID: 681437-A1      SUB1: 1OZS SUB2:        DATE RCV:   03-12-2012
    UNT  RCV..:C-BLOCK        QTR RCV.: C02-213L      FACL RCV: LEW
    UNT  ORG..:C-BLOCK        QTR ORG.: C02-213L      FACL ORG: LEW
    EVT FACL.: LEW    ACC LEV:                          RESP DUE:
    ABSTRACT.: WANTS A TRANSFER TO ATLANTA USP.
    STATUS DT: 03-26-2012  STATUS CODE: REJ STATUS REASON: INS RSA
    INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-26-2012
    REMARKS..:



    REGNO: 06500-059 NAME: MURCHISON, KENNETH
    RSP OF...: LEW UNT/LOC/DST: B-BLOCK               QTR.: B03-301L   RCV OFC: BOP
    REMEDY ID: 683867-A1      SUB1: 34ZS SUB2:        DATE RCV:   04-25-2012
    UNT  RCV..:C-BLOCK        QTR RCV.: C02-218U      FACL RCV: LEW
    UNT  ORG..:C-BLOCK        QTR ORG.: C02-213L      FACL ORG: LEW
    EVT FACL.: LEW    ACC LEV:                          RESP DUE:
    ABSTRACT.: STAFF COMPLAINTS/FEARS RETALIATION
    STATUS DT: 05-25-2012  STATUS CODE: REJ STATUS REASON: SEN INS
    INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-25-2012
    REMARKS..:
```

```
    G0002        MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
PAGE 014 OF        *             FULL SCREEN FORMAT           *     12:29:50


REGNO:.06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY.ID: 674215-A2        SUB1: 33FS SUB2:   DATE RCV:   05-01-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-218U   FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-211L   FACL ORG: LEW
EVT FACL.: LEW   ACC LEV: LEW  1 NER  1 BOP  2  RESP DUE:  SAT  06-30-2012
ABSTRACT.: COMPLAINTS REGARDING PROCESSING OF LEGAL MAIL
STATUS DT: 12-11-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 05-10-2012
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF....: LEW UNT/LOC/DST:  B-BLOCK          QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 687522-A1        SUB1: 15IS SUB2:   DATE RCV:   05-16-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-219U   FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-219U   FACL ORG: LEW
EVT FACL.: LEW   ACC LEV:                       RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 05-25-2012  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-25-2012
REMARKS..: FOLLOW INSTRUCTIONS ON REJECTION NOTICE 687522-R1.
           SEEK ASSISTANCE FROM YOUR UNIT TEAM.




G0002       MORE PAGES TO FOLLOW . . .
```

```
 LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   12-18-2012
 PAGE 015 OF    *              FULL SCREEN FORMAT            *   12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 686103-A1     SUB1: 15IS SUB2:    DATE RCV:   05-25-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-219L  FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-218U  FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                     RESP DUE:
ABSTRACT.: SMU CONCERNS
STATUS DT.: 06-14-2012  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 06-14-2012
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 688439-A1     SUB1: 15IS SUB2:    DATE RCV:   05-31-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-220L  FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-219U  FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF COMPLAINT/SMU
STATUS DT: 06-12-2012  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 06-12-2012
REMARKS..: CENTRAL OFFICE CONCURS WITH THE REGION REJECTION
           NOTICE.
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-18-2012
   PAGE 016 OF     *              FULL SCREEN FORMAT              *    12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 689617-A1      SUB1: 35AS SUB2: 34ZS DATE RCV:   06-06-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-220L     FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-219U     FACL ORG: LEW
EVT FACL.: LEW      ACC LEV:                       RESP DUE:
ABSTRACT.: COMPLAINT AGAINST MEDICAL STAFF
STATUS DT: 06-19-2012  STATUS CODE: REJ STATUS REASON: SEN INF INS IRQ OTH
INCRPTNO.:          RCT:  EXT:   DATE ENTD: 06-19-2012
REMARKS..: CONCUR WITH REGION'S REJECTION NOTICE. FOLLOW INSTRU
           CTIONS AS REQUESTED BY THE REGION.


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 682886-A1      SUB1: 10ZS SUB2: 33ZS DATE RCV:   06-12-2012
UNT  RCV..:C-BLOCK        QTR RCV.: C02-220L     FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-217U     FACL ORG: LEW
EVT FACL.: LEW      ACC LEV:  LEW 1 NER 1 BOP 1  RESP DUE: SAT  08-11-2012
ABSTRACT.: WANTS TRANSFERED TO STATE FACILITY
STATUS DT: 07-03-2012  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-03-2012
REMARKS..:






   G0002        MORE PAGES TO FOLLOW . .
```

```
     LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-18-2012
  PAGE 017 OF      *                FULL SCREEN FORMAT            *      12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 701379-A1       SUB1: 15IS SUB2:    DATE RCV:   07-16-2012
UNT  RCV..:C-BLOCK       QTR RCV.: C02-214L    FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-214L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: BOP 1               RESP DUE:  FRI  09-14-2012
ABSTRACT.: SMU APPEAL
STATUS DT: 08-17-2012  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-17-2012
REMARKS..:




REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B03-301L   RCV OFC: BOP
REMEDY ID: 695065-A1       SUB1: 15IS SUB2: 34ZS DATE RCV:   07-25-2012
UNT  RCV..:C-BLOCK       QTR RCV.: C02-214L    FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-213L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF COMPLAINT/SMU CONCERNS
STATUS DT: 08-29-2012  STATUS CODE: REJ STATUS REASON: INS SEN
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 08-29-2012
REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
PAGE 018 OF        *            FULL SCREEN FORMAT            *     12:29:50


REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 710665-A1      SUB1: 34ZM SUB2:    DATE RCV:  11-14-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B03-327L   FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-219L   FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                   RESP DUE:
ABSTRACT.: MEDICAL STAFF MISCONDUCT
STATUS DT: 12-11-2012  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-11-2012
REMARKS..: WE CONCUR WITH THE REGION'S RATIONALE FOR REJECTING
           THIS APPEAL.



REGNO: 06500-059 NAME: MURCHISON, KENNETH
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B03-301L  RCV OFC: BOP
REMEDY ID: 710660-A1      SUB1: 34ZS SUB2:    DATE RCV:  11-15-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B03-327L   FACL RCV: LEW
UNT  ORG..:C-BLOCK       QTR ORG.: C02-219L   FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                   RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 12-14-2012  STATUS CODE: REJ STATUS REASON: WRL IRQ RAP RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-14-2012
REMARKS..: YOU WILL NEED TO FILE YOUR APPEAL WITH THE REGION,
           BEFORE SUBMITTING YOUR APPEAL TO THIS LEVEL.








G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-18-2012
 PAGE 019 OF 019 *              FULL SCREEN FORMAT             *     12:29:50


 REGNO: 06500-059 NAME: MURCHISON, KENNETH
 RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L    RCV OFC: BOP
 REMEDY ID: 705970-A1      SUB1: 15BS SUB2:   DATE RCV:   11-20-2012
 UNT  RCV..:B-BLOCK      QTR RCV.: B03-328L   FACL RCV: LEW
 UNT  ORG..:C-BLOCK      QTR ORG.: C02-217L   FACL ORG: LEW
 EVT FACL..: LEW    ACC LEV: LEW  1 NER  1        RESP DUE:
 ABSTRACT.: BEING DENIED RELIGIOUS ITEMS AND CEREMONIES
 STATUS DT: 12-11-2012  STATUS CODE: REJ STATUS REASON: IRQ RSA
 INCRPTNO.:            RCT:  EXT:  DATE ENTD: 12-11-2012
 REMARKS..:



 REGNO: 06500-059 NAME: MURCHISON, KENNETH
 RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B03-301L   RCV OFC: BOP
 REMEDY ID: 712034-A1      SUB1: 34ZM SUB2:   DATE RCV:   11-26-2012
 UNT  RCV..:B-BLOCK      QTR RCV.: B03-328L   FACL RCV: LEW
 UNT  ORG..:B-BLOCK      QTR ORG.: B03-325U   FACL ORG: LEW
 EVT FACL.: LEW    ACC LEV:                       RESP DUE:
 ABSTRACT.: STAFF COMPLAINT
 STATUS DT: 12-17-2012  STATUS CODE: REJ STATUS REASON: SEN WRL INS
 INCRPTNO.:            RCT:  EXT:  DATE ENTD: 12-17-2012
 REMARKS..:
```



```
               36 REMEDY SUBMISSION(S) SELECTED
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

*Attach C.*

```
   LEWAJ           *        INMATE DISCIPLINE DATA        *    12-20-2012
   PAGE 001        *     CHRONOLOGICAL DISCIPLINARY RECORD  *    09:13:25

   REGISTER NO: 06500-059  NAME..: MURCHISON, KENNETH J
   FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-20-2012

   ------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2368768 - SANCTIONED INCIDENT DATE/TIME: 10-29-2012 0905
   DHO HEARING DATE/TIME: 11-28-2012 0850
   FACL/CHAIRPERSON.....: LEW/CHAMBERS B
   REPORT REMARKS.......: DENIES FIGHTING WITH CUBIT #20607-045 AND CODY
                          #30542-044
     201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP PHONE    / 90 DAYS / CS
          COMP:     LAW:
          LP VISIT    / 90 DAYS / CS
          COMP:     LAW:
   ------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2316444 - SANCTIONED INCIDENT DATE/TIME: 06-17-2012 0645
   DHO HEARING DATE/TIME: 07-11-2012 1325
   FACL/CHAIRPERSON.....: LEW/JORDAN A
   REPORT REMARKS.......: ADMITS AND STATED "I PLEAD GUILTY, JUST DON'T TAKE MY
                          COMMISSARY"
     203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP COMM     / 90 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:
          LP PHONE    / 90 DAYS / CS
          COMP:     LAW:
          LP VISIT    / 90 DAYS / CS
          COMP:     LAW:
   ------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 2290935 - SANCTIONED INCIDENT DATE/TIME: 04-11-2012 2200
   UDC HEARING DATE/TIME: 04-15-2012 1221
   FACL/UDC/CHAIRPERSON.: LEW/C-BLOCK/METZGER
   REPORT REMARKS.......: MY BLOOD SUGER WAS LOW THATS WHY I DID IT.
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP PHONE    / 30 DAYS / CS
          COMP:     LAW:
     321  INTERFERING WITH TAKING COUNT - FREQ: 1
          LP PHONE    / 30 DAYS / CS
          COMP:     LAW:




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *        INMATE DISCIPLINE DATA          *      12-20-2012
   PAGE 002        *     CHRONOLOGICAL DISCIPLINARY RECORD  *      09:13:25
```

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 12-20-2012

---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 2283923 - SANCTIONED INCIDENT DATE/TIME: 03-25-2012 1515
DHO HEARING DATE/TIME: 04-04-2012 1248
FACL/CHAIRPERSON....: LEW/JORDAN A
REPORT REMARKS.......: DENIED, MURCHISON AND LANGLEY 02618-045 BOTH HAD INJURIES
                       CONSISTENT WITH BEING INVOLVED IN A PHYSICAL ALTERCATION
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS          / 30 DAYS / CS
         COMP:    LAW:
         FF SGT      / 27 DAYS / CS
         COMP:010 LAW:O
         LP COMM     / 90 DAYS / CS
         COMP:    LAW:
         LP PHONE    / 90 DAYS / CS
         COMP:    LAW:
         LP VISIT    / 90 DAYS / CS
         COMP:    LAW:

---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 2235753 - SANCTIONED INCIDENT DATE/TIME: 11-19-2011 1615
UDC HEARING DATE/TIME: 11-22-2011 1258
FACL/UDC/CHAIRPERSON.: LEW/C-BLOCK/METZGER
REPORT REMARKS.......: I/R DATE IS WRONG, IT HAPPENED ON THE 18TH NOT THE 19TH.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM     / 30 DAYS / CS
         COMP:    LAW:
    320  FAILING TO STAND COUNT - FREQ: 1
         LP COMM     / 30 DAYS / CS
         COMP:    LAW:

---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 2163807 - SANCTIONED INCIDENT DATE/TIME: 05-17-2011 0005
DHO HEARING DATE/TIME: 07-13-2011 1039
FACL/CHAIRPERSON....: LEW/BITTENBEND
REPORT REMARKS.......: DENIED SPITTING ON MEDICAL STAFF DURING RESTRAINT CK.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
         DS          / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:
         LP VISIT    / 6 MONTHS / CS
         COMP:    LAW:




    G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *        INMATE DISCIPLINE DATA          *     12-20-2012
     PAGE 003       *     CHRONOLOGICAL DISCIPLINARY RECORD   *     09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 12-20-2012

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2163700 - SANCTIONED INCIDENT DATE/TIME: 05-16-2011 2000
DHO HEARING DATE/TIME: 07-13-2011 1038
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: ADMITS
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS          / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 4 MONTHS / CS
         COMP:   LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2163627 - SANCTIONED INCIDENT DATE/TIME: 05-16-2011 1730
DHO HEARING DATE/TIME: 07-13-2011 1036
FACL/CHAIRPERSON.....: LEW/BITTENBEND
APPEAL CASE NUMBER(S): 648317
REPORT REMARKS.......: DENIED BITING THE R/O DURING CALCULATED USE OF FORCE
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SJ2 RFP: D
         DS          / 30 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 6 MONTHS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         LP VISIT   / 6 MONTHS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2163617 - SANCTIONED INCIDENT DATE/TIME: 05-16-2011 1610
DHO HEARING DATE/TIME: 07-13-2011 1030
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: DENIED
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS          / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 4 MONTHS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1886883 - SANCTIONED INCIDENT DATE/TIME: 06-29-2009 0845
DHO HEARING DATE/TIME: 10-28-2009 1450
FACL/CHAIRPERSON.....: TDG/MITCHELL H
REPORT REMARKS.......: ADMITS TO CODE 103.
                       NO GCT TO DISALLOW
    103  SETTING A FIRE - FREQ: 1
         DS          / 30 DAYS / CS
         COMP:   LAW:  30 DAYS DISCIPLINARY SEGREGATION - TO DETER FUTURE
                       BEHAVIOR



    G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *        INMATE DISCIPLINE DATA          *     12-20-2012
PAGE 004          *     CHRONOLOGICAL DISCIPLINARY RECORD    *     09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 12-20-2012

DHO HEARING DATE/TIME: 10-28-2009 1450      REPORT 1886883 CONTINUED
          LP OTHER   / 30 DAYS / CS
          COMP:    LAW:    IMPOUND PERSONAL PROPERTY FOR 30 DAYS EFFECT.
                            10-28-09
          LP PHONE   / 60 DAYS / CS
          COMP:    LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 60 DAYS EFFECT.
                            10-28-09 THRU 12-26-09
          LP VISIT   / 60 DAYS / CS
          COMP:    LAW:    LOSS OF VISITING PRIVILEGES FOR 60 DAYS EFFECT.
                            10-28-09 THRU 12-26-09
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1888295 - SANCTIONED INCIDENT DATE/TIME: 07-02-2009 0005
DHO HEARING DATE/TIME: 10-28-2009 1445
FACL/CHAIRPERSON.....: TDG/MITCHELL H
REPORT REMARKS.......: REFUSED TO UNCOVER WINDOW. DROPPED CODE 398
                        NO GCT TO DISALLOW
    307  REFUSING TO OBEY AN ORDER - FREQ: 2
          DS         / 15 DAYS / CS
          COMP:    LAW:    15 DAYS DISCIPLINARY SEGREGATION - TO DETER FUTURE
                            BEHAVIOR
          LP VISIT   / 30 DAYS / CS
          COMP:    LAW:    LOSS OF VISITING PRIVILEGES FOR 30 DAYS EFFECTIVE
                            10-28-09 THRU 11-26-09
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1847458 - SANCTIONED INCIDENT DATE/TIME: 03-20-2009 1930
UDC HEARING DATE/TIME: 03-24-2009 0820
FACL/UDC/CHAIRPERSON.: VIP/4 B/EDWARDS
REPORT REMARKS.......: I/M STATED "I'M GUILTY"
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP COMM    / 60 DAYS / CS
          COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1838925 - SANCTIONED INCIDENT DATE/TIME: 02-28-2009 1402
DHO HEARING DATE/TIME: 03-11-2009 1412
FACL/CHAIRPERSON.....: VIP/M.WOLEVER
REPORT REMARKS.......: INMATE ADMITS GUILTY OF FIGHTING WITH INMATE SUBLETT
                        09482-033.
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DS         / 30 DAYS / CS
          COMP:    LAW:    DS UNTIL 4-10-09.
          LP COMM    / 180 DAYS / CC
          COMP:    LAW:    LP COMMISSARY TO RUN CONCURRENT WITH EXISTING
                            SANCTIONS, LP COMMISSARY THROUGH 12-15-09.




   G0002        MORE PAGES TO FOLLOW . . .
```

```
       LEWAJ         *       INMATE DISCIPLINE DATA        *      12-20-2012
     PAGE 005        *    CHRONOLOGICAL DISCIPLINARY RECORD *      09:13:25

     REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
     FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 12-20-2012

     DHO HEARING DATE/TIME: 03-11-2009 1412     REPORT 1838925 CONTINUED
           LP PHONE   / 180 DAYS / CC
           COMP:   LAW:   LP PHONE TO RUN CONCURRENT WITH EXISTING SANCTIONS
                          LP PHONE THROUGH 7-3-10.
     ───────────────────────────────────────────────────────────────────────
     REPORT NUMBER/STATUS.: 1812362 - SANCTIONED INCIDENT DATE/TIME: 12-17-2008 1535
     UDC HEARING DATE/TIME: 12-22-2008 1230
     FACL/UDC/CHAIRPERSON : VIP/2 B/M. BOSSET
     REPORT REMARKS.......: INMATE STATES HIS COPY OF IR WAS NOT SIGNED BY OFFICER.
        320  FAILING TO STAND COUNT - FREQ: 1
             LP OTHER   / 30 DAYS / CS
             COMP:   LAW:   LOSS OF PERSONAL PROPERTY 12-22-2008 TIL 1-21-2009
     ───────────────────────────────────────────────────────────────────────
     REPORT NUMBER/STATUS.: 1781073 - SANCTIONED INCIDENT DATE/TIME: 09-22-2008 1915
     DHO HEARING DATE/TIME: 12-16-2008 1234
     FACL/CHAIRPERSON.....: VIP/A.CARRILLO
     REPORT REMARKS.......: INMATE STATES I ASSAULTED HIM.
        101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IC4 RFP: D
             DS         / 30 DAYS / CS
             COMP:   LAW:   DS UNTIL 2-14-09.
             TRANSFER   / CS
             COMP:   LAW:   THE DHO RECOMMENDS A DISCIPLINARY TRANSFER.
        104  POSSESSING A DANGEROUS WEAPON - FREQ: 2
             DS         / 30 DAYS / CS
             COMP:   LAW:   DS UNTIL 1-15-09.
             LP COMM    / 1 YEARS / CS
             COMP:   LAW:   LP COMMISSARY 12-16-08/12-15-09.
     ───────────────────────────────────────────────────────────────────────
     REPORT NUMBER/STATUS.: 1741364 - SANCTIONED INCIDENT DATE/TIME: 06-06-2008 1900
     DHO HEARING DATE/TIME: 09-30-2008 1053
     FACL/CHAIRPERSON.....: VIP/A.CARRILLO
     REPORT REMARKS.......: INMATE FOUND GUILTY.
     HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 04-22-2008 1105
        224A ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SH1 RFP: D
             DS         / 14 DAYS / CS
             COMP:   LAW:   DS UNTIL 10-29-08.
             LP PHONE   / 180 DAYS / CS
             COMP:   LAW:   LP PHONE 1-4-10/7-3-10.
     ───────────────────────────────────────────────────────────────────────
     REPORT NUMBER/STATUS.: 1769880 - SANCTIONED INCIDENT DATE/TIME: 08-22-2008 0800
     UDC HEARING DATE/TIME: 08-26-2008 1120
     FACL/UDC/CHAIRPERSON.: VIP/4 B/C CAMPOS
     REPORT REMARKS.......: UDC FINDS INMATE GUILTY



       G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ         *        INMATE DISCIPLINE DATA        *     12-20-2012
PAGE 006      *      CHRONOLOGICAL DISCIPLINARY RECORD  *     09:13:25


REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 12-20-2012

UDC HEARING DATE/TIME: 08-26-2008 1120  . REPORT 1769880 CONTINUED
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:   LP VISIT FROM 08-26-2008 THRU 09-24-2008
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1753300 - SANCTIONED INCIDENT DATE/TIME: 07-10-2008 1332
UDC HEARING DATE/TIME: 07-16-2008 1412
FACL/UDC/CHAIRPERSON.: VIP/4 B/M.LAWRENCE
REPORT REMARKS.......: UDC FINDS I/M GUILTY
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:   LP VISITS FROM 07-16-2008 THRU 08-14-2008
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1717437 - SANCTIONED INCIDENT DATE/TIME: 04-02-2008 1900
DHO HEARING DATE/TIME: 04-22-2008 1110
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: ADMITS REFUSED CELLMATE AND THREATENED TO BEAT I/M IF
                       STAFF PUT HIM IN
   203  THREATENING BODILY HARM - FREQ: 1 ATI: IN1
        LP PHONE   / 90 DAYS / CS
        COMP:   LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 60 DAYS / CS
        COMP:   LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1715013 - SANCTIONED INCIDENT DATE/TIME: 03-27-2008 1100
DHO HEARING DATE/TIME: 04-22-2008 1105
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED ASSAULTED SANDERS #14180-018 IN CONCERT WITH
                       JENKINS #57365-019
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DS         / 30 DAYS / CS
        COMP:   LAW:
        LP COMM   / 90 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 90 DAYS / CS
        COMP:   LAW:
        TRANSFER   / CS
        COMP:   LAW:
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 09-30-2008 1053
        COMP:   LAW:
        LP COMM   / 90 DAYS / CS
        COMP:   LAW:



G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *        INMATE DISCIPLINE DATA       *     12-20-2012
   PAGE 007         *     CHRONOLOGICAL DISCIPLINARY RECORD   *     09:13:25

  REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
  FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-20-2012

 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1666871 - SANCTIONED INCIDENT DATE/TIME: 11-13-2007 1235
 DHO HEARING DATE/TIME: 11-29-2007 1020
 FACL/CHAIRPERSON.....: COP/J CAREY
 REPORT REMARKS.......: STATE I/M; REFUSED TO APPEAR BEFORE DHO; DHO FOUND I/M
                        GUILTY BASED ON STAFF EYEWITNESS ACCOUNT OF INCIDENT
      203   THREATENING BODILY HARM - FREQ: 4 ATI: SN1
            DS           / 30 DAYS / CS
            COMP:    LAW:
            LP VISIT    / 180 DAYS / CS
            COMP:    LAW:    RESTORED 08-08-2009
            TRANSFER   / CS
            COMP:    LAW:    DHO RECOMMENDED A DISCIPLINARY TRANSFER
      329   DESTROY PROP $100 OR LESS - FREQ: 2
            DS           / 15 DAYS / CS
            COMP:    LAW:
            IMPOUND     / 180 DAYS / CS
            COMP:    LAW:    RESTORED 05-29-2008
            LP PHONE    / 180 DAYS / CS
            COMP:    LAW:    RESTORED 08-08-2009
 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1662718 - SANCTIONED INCIDENT DATE/TIME: 11-01-2007 1315
 DHO HEARING DATE/TIME: 11-08-2007 0950
 FACL/CHAIRPERSON.....: COP/J CAREY
 REPORT REMARKS.......: STATE PRIS; NO COMMENT CONCERNING CHARGES; DHO FOUND I/M
                        GUILTY BASED ON STAFF EYEWITNESS ACCOUNT OF INCIDENT
      203   THREATENING BODILY HARM - FREQ: 3 ATI: SN1
            DS           / 30 DAYS / CS
            COMP:    LAW:
            LP VISIT    / 180 DAYS / CS
            COMP:    LAW:    RESTORED 02-08-2009
            TRANSFER   / CS
            COMP:    LAW:    DHO RECOMMENDED A DISCIPLINARY TRANSFER.
      306   REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
            DS           / 15 DAYS / CS
            COMP:    LAW:
            LP PHONE    / 180 DAYS / CS
            COMP:    LAW:    RESTORED 02-08-2009
 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1662471 - SANCTIONED INCIDENT DATE/TIME: 11-01-2007 0845
 DHO HEARING DATE/TIME: 11-08-2007 0945
 FACL/CHAIRPERSON.....: COP/J CAREY
 REPORT REMARKS.......: STATE PRIS; NO COMMENT CONCERNING CHARGES; DHO FOUND I/M
                        GUILTY BASED ON STAFF EYEWITNESS ACCOUNT OF INCIDENT



   G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *        INMATE DISCIPLINE DATA         *      12-20-2012
     PAGE 008       *     CHRONOLOGICAL DISCIPLINARY RECORD  *      09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-20-2012

DHO HEARING DATE/TIME: 11-08-2007 0945     REPORT 1662471 CONTINUED
    203   THREATENING BODILY HARM - FREQ: 2 ATI: SN1
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP PHONE   / 90 DAYS / CS
          COMP:     LAW:    RESTORED 08-08-2008
          TRANSFER   / CS
          COMP:     LAW:    DHO RECOMMENDED A DISCIPLINARY TRANSFER
    212   ENGAGING IN GROUP DEMONSTRATON - FREQ: 1
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP VISIT   / 90 DAYS / CS
          COMP:     LAW:    RESTORED 08-08-2008
    218   DESTROYING PROP OVER $100 - FREQ: 1
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP COMM    / 10 YEARS / CS
          COMP:     LAW:    RESTORED 05-08-2018; OR UNTIL I/M REPLACES THE
                           THE COST OF DAMAGES HE CAUSED TO THE CELL
          MON REST   / 430.00 DOLLARS / CS
          COMP:     LAW:    TO REPLACE THE COST THE DAMAGES HE CAUSED
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS..: 1659896 - SANCTIONED INCIDENT DATE/TIME: 10-26-2007 0530
DHO HEARING DATE/TIME: 11-08-2007 0810
FACL/CHAIRPERSON....: COP/J CAREY
REPORT REMARKS......: STATE PRIS; WAIVED DHO HEARING; NO COMMENT @ UDC HEARING
                      DHO FOUND I/M GUILTY BASED ON STAFF EYEWITNESS ACCOUNT
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DS          / 60 DAYS / CS
          COMP:     LAW:
          LP COMM    / 90 DAYS / CS
          COMP:     LAW:    RESTORED 05-08-2008
          LP PHONE   / 90 DAYS / CS
          COMP:     LAW:    RESTORED 05-08-2008
          LP VISIT   / 90 DAYS / CS
          COMP:     LAW:    RESTORED 05-08-2008
          TRANSFER   / CS
          COMP:     LAW:    DHO RECOMMENDED A DISCIPLINARY TRANSFER
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS..: 1659894 - SANCTIONED INCIDENT DATE/TIME: 10-25-2007 1510
DHO HEARING DATE/TIME: 11-08-2007 0800
FACL/CHAIRPERSON....: COP/J CAREY
REPORT REMARKS......: STATE PRIS; WAIVED DHO HEARING; DENIED CHARE AT UDC HEAR
                      ING; DHO FOUND I/M GUILTY OF THREATENING STAFF



    G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *        INMATE DISCIPLINE DATA        *      12-20-2012
PAGE 009       *     CHRONOLOGICAL DISCIPLINARY RECORD  *      09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-20-2012

DHO HEARING DATE/TIME: 11-08-2007 0800    REPORT 1659894 CONTINUED
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS          / 30 DAYS / CS
         COMP:  LAW:
         LP COMM     / 90 DAYS / CS
         COMP:  LAW:    RESTORED 02-08-2008
         LP PHONE    / 90 DAYS / CS
         COMP:  LAW:    RESTORED 02-08-2008
         LP VISIT    / 90 DAYS / CS
         COMP:  LAW:    RESTORED 02-08-2008
         TRANSFER   / CS
         COMP:  LAW:    DHO RECOMMENDED A DISCIPLINARY TRANSFER
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1632053 - SANCTIONED INCIDENT DATE/TIME: 08-14-2007 0630
UDC HEARING DATE/TIME: 08-17-2007 1120
FACL/UDC/CHAIRPERSON.: COP/A/B/B. SNYDER
REPORT REMARKS.......: INMATE STATED THAT HE BENT THE NEEDLE BUT RETURNED IT TO
                       HEALTH SERVICES.
    329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM     / 30 DAYS / CS
         COMP:  LAW:    LOSS OF COMM STARTING 08-18-2007 THRU 09-18-2007
         LP VISIT    / 30 DAYS / CS
         COMP:  LAW:    LOSS OF VISIT STARTING 08-18-2007 THRU 09-18-2007.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1619135 - SANCTIONED INCIDENT DATE/TIME: 07-11-2007 0800
UDC HEARING DATE/TIME: 07-12-2007 1415
FACL/UDC/CHAIRPERSON.: COP/A/B/J.BOLEY
REPORT REMARKS.......: INMATE STATES HE DIDN'T HAVE PAPER IN HIS WINDOW BUT HE
                       MAY OF HAD A TOWEL.
    317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
         LP COMM     / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:  LAW:    30 DAYS COMMISSARY REST SUSPENDED 90 DAYS PEND
                       CLEAR CONDUCT.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1571663 - SANCTIONED INCIDENT DATE/TIME: 02-26-2007 2215
DHO HEARING DATE/TIME: 03-21-2007 1015
FACL/CHAIRPERSON.....: COP/J CAREY
REPORT REMARKS.......: STATE I/M; ADMITS TO CHARGE; DHO FOUND I/M GUILTY OF
                       FIGHTING W/ IM MARTIN, #25621-018
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         IMPOUND     / 30 DAYS / CS
         COMP:  LAW:    IMPOUND PERSONAL PROPERTY WHILE SERVING RQ SANCTIO
                       N
         LP PHONE    / 60 DAYS / CS
         COMP:  LAW:    RESTORED 05-21-2007


    G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *         INMATE DISCIPLINE DATA         *     12-20-2012
   PAGE 010       *      CHRONOLOGICAL DISCIPLINARY RECORD   *     09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 12-20-2012

DHO HEARING DATE/TIME: 03-21-2007 1015    REPORT 1571663 CONTINUED
       LP VISIT   / 60 DAYS / CS
       COMP:   LAW:    RESTORED 05-21-2007
       RESTR QTRS / 30 DAYS / CS
       COMP:   LAW:   RESTRICTED TO QUARTERS
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1528885 - SANCTIONED INCIDENT DATE/TIME: 10-29-2006 1435
DHO HEARING DATE/TIME: 11-07-2006 1045
FACL/CHAIRPERSON....: CLP/WARGA
REPORT REMARKS......: INMATE ADMITTED TO THE CHARGE
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 2
        CHG QTRS  / CS
        COMP:     LAW:    CHANGE INMATE'S HOUSING UNIT
        DS        / 30 DAYS / CS
        COMP:     LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 30-DAYS
        LP OTHER  / 20 DAYS / CS
        COMP:     LAW:    RECOMMEND 20-DAYS LOSS STATE GAIN TIME
        LP PHONE  / 90 DAYS / CS
        COMP:     LAW:    LOSS OF PHONE FOR 90-DAYS
                         RESTORE: 02-04-07
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1465043 - SANCTIONED INCIDENT DATE/TIME: 05-09-2006 0811
DHO HEARING DATE/TIME: 05-25-2006 1035
FACL/CHAIRPERSON....: CLP/WARGA, ANA
REPORT REMARKS......: INMATE ADMITS TO THE CHARGE.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 2
        DS        / 30 DAYS / CS
        COMP:     LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 30 DAYS
        LP OTHER  / 27 DAYS / CS
        COMP:     LAW:    RECOMMEND 27-DAYS LOSS OF STATE GAIN TIME
        TRANSFER  / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    DISCIPLINARY TRANSFER, SUSPENDED PENDING 180-DAYS
                         CLEAR CONDUCT
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1365355 - SANCTIONED INCIDENT DATE/TIME: 07-25-2005 1015
DHO HEARING DATE/TIME: 08-16-2005 1030
FACL/CHAIRPERSON....: ATL/HISLOP S
REPORT REMARKS......: INMATE STATED NOT GUILTY
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DS        / 15 DAYS / CS
        COMP:     LAW:
        DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    PENDING CLEAR CONDUCT FOR 180 DAYS
        LP COMM   / 60 DAYS / CS
        COMP:     LAW:


   G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *           INMATE DISCIPLINE DATA          *      12-20-2012
PAGE 011 OF 011 *       CHRONOLOGICAL DISCIPLINARY RECORD        *      09:13:25

REGISTER NO: 06500-059 NAME..: MURCHISON, KENNETH J
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-20-2012

DHO HEARING DATE/TIME: 08-16-2005 1030    REPORT 1365355 CONTINUED
          LP PHONE  / 60 DAYS / CS
          COMP:    LAW:
          LP VISIT  / 60 DAYS / CS
          COMP:    LAW:
          TRANSFER  / CS
          COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1286035 - SANCTIONED INCIDENT DATE/TIME: 11-26-2004 1015
DHO HEARING DATE/TIME: 12-06-2004 1009
FACL/CHAIRPERSON.....: ATL/KILPATRICK
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE (222).
    222  POSSESSING INTOXICANTS - FREQ: 1
          DS        / 30 DAYS / CS
          COMP:    LAW:
          LP COMM   / 30 DAYS / CS
          COMP:    LAW:
          LP PHONE  / 30 DAYS / CS
          COMP:    LAW:
          LP VISIT  / 60 DAYS / CS
          COMP:    LAW:
```

```
   G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*Attach D*

# Form 583 Report of Incident

**Incident #:** LEW-11-0410     **Submitted By:** B. A. Bledsoe, Warden     **Date/Time Of Incident:** 5/16/2011 4:10 PM

## Section 1: General Information

**FBI Notified:** No     **USMS Notified:** No     **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility     **Staff Aware Date:** 5/16/2011 4:10 PM

| Type Of Incident | | Institution Locked Down? No |
|---|---|---|
| ☐ Assault On Inmate | | |
| ☑ Assault On Staff | Staff Assaulted: 2 | **Cause Of Incident Known?** No |
| ☐ Assault, Attempted On Inmate | | **Cause Of Incident** |
| ☐ Assault, Attempted On Staff | | ☐ Alcohol |
| ☑ Disruptive Behavior | | ☐ Commissary |
| ☐ Escape From Non-secure Facility | | ☐ Debts |
| ☐ Escape From Secure Facility | | ☐ Disrespect Issue |
| ☐ Escape, Attempted From Non-secure Facility | | ☐ Drugs |
| ☐ Escape, Attempted From Secure Facility | | ☐ Ethnic Conflict |
| ☐ Fight | | ☐ Food Issue |
| ☐ Inmate Death | | ☐ Geographical Conflict |
| ☐ Institution Disturbance | | ☐ Interfering with Staff duties |
| ☐ Introduction Of Contraband | | ☐ Property Issue |
| ☐ Lethal Weapons Discharge | | ☐ Racial Conflict |
| ☐ Self Mutilation | | ☐ Recreation Equipment |
| ☐ Setting A Fire | | ☐ Religious Issue |
| ☐ Sexual Act, Non-consensual On Inmate | | ☐ Security Threat Group Conflict |
| ☐ Sexual Assault On Staff | | ☐ Sexual Pressure |
| ☐ Sexual Contact, Abusive On Inmate | | ☐ Sporting Events |
| ☐ Staff Homicide | | ☐ Telephone |
| ☐ Strike, Food | | ☐ Theft |
| ☐ Strike, Work | | ☐ Visiting |
| ☐ Suicide Attempt | | ☐ Work Issue |
| ☐ Use Of Force | | |
| ☑ Use Of Force/Applications Of Restraints | | |
| ☐ Use Of Restraints, Pregnant Inmate | | |

## Section 2: Inmates Involved

**Reg #:** 06500059     **Name:** MURCHISON, KENNETH
**Role:** Assailant     **Medical Attention Required:** No
**Weapon (per inmate):** No     **Use of Force (per inmate):** Yes     **Chemical Used (per inmate):** No
**CIMS:** Yes     **STG:** No

**Restraints (per inmate):** Prolonged
    **Restraints Authorized By:** Bledsoe, B.A.
    **Date/Time Placed In Restraints:** 5/16/2011 5:20 PM
    **Restraint Equipment Used:** ☑ Hard   ☐ Soft

1 of 3

# Form 583 Report of Incident

**Incident #:** LEW-11-0410     **Submitted By:** B. A. Bledsoe, Warden     **Date/Time Of Incident:** 5/16/2011 4:10 PM

**Restraint Method Used:** ☐ Ambulatory    ☐ 2-Point    ☑ 4-Point

**Death (per inmate):** No

## Section 3: Others Involved

**Name:** Klinefelter, E.     **Person Type:** Staff
**Medical Attention Required:** Institution     **Death:** No
**Sexual Assault:** No     **Staff Injury by Inmate:** Yes

**Name:** Thomas, J.     **Person Type:** Staff
**Medical Attention Required:** No     **Death:** No
**Sexual Assault:** No     **Staff Injury by Inmate:** No

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

**Use of Force Classification:** Calculated, Planned Use Of Force

| Staff Name | Medical Attention | Role |
| --- | --- | --- |
| Baysore, D. | No | Confrontational Avoidance |
| Malakoski, J. | No | UOF Team Member |
| Rodgers, J. | No | UOF Team Member |
| Seeba, J. | No | UOF Lieutenant |
| Potter, L. | No | Medical |
| Fleet, M. | No | Camera Operator |
| Larkin, P. | No | UOF Team Member |
| Spade, R. | No | UOF Team Member |
| Booth, S. | Institution | UOF Team Member |

**Was Incident Videotaped?** Yes
    **If Yes, Tape ECN:**
    **If Yes, Was Video Tape Sequential?** Yes
      **If No, Why:**

| Reason For Use Of Force |
| --- |
| ☑ Displayed Signs Of Imminent Violence |
| ☑ Became Violent/Assaultive |
| ☑ Enforcement Of Institution Regulations |

| Chemicals Used | |
| --- | --- |
| Chemical | Quantity |
| No data found. | |

| Less-Lethal Weapons Used | |
| --- | --- |
| Less-Lethal Weapon | Quantity |

# Form 583 Report of Incident

**Incident #:** LEW-11-0410    **Submitted By:** B. A. Bledsoe, Warden    **Date/Time Of Incident:** 5/16/2011 4:10 PM

No data found.

| Other Equipment Used | |
|---|---|
| Other Equipment | Quantity |

No data found.

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On May 16, 2011, at approximately 4:10 p.m., inmate Murchison, Kenneth #06500-059, became disruptive in R&D, directly upon his arrival to USP Lewisburg. Specifically, in the process of removing hand restraints in R&D holding cell #3, inmate Murchison pulled away from staff in an aggressive manner, injuring the staff members hand. Inmate Murchison then refused to submit to hand restraints and threatened staff. Due to inmate Murchison's disruptive behavior and signs of imminent violence, the Warden was notified and authorized a Use of Force Team be assembled to place inmate Murchison in Ambulatory Restraints. At approximately 5:17 p.m., a Use of Force Team was assembled and confrontation avoidance procedures were initiated with positive results. Immediately after exiting the holding cell, inmate Murchison intentionally dropped to the floor and refused staff orders to walk. Prior to his placement on a gurney for transport, inmate Murchison was visually searched, metal detected, and provided new clothing. Immediately upon carrying inmate Murchison on the gurney, he again began to threaten staff and impede staff from the transport. At this time, inmate Murchison bit a Force Cell Move Team Member and attempted to spit on another. He was placed on the floor in the R&D hallway. At this time, the Operation's Lieutenant was notified of the situation and directed the Force Cell Move Lieutenant to place inmate Murchison in 4-Point Restraints in the Z-Block Basement, cell #024. Upon inmate Murchison's placement in 4-Point Restraints, he was medically assessed, sustaining no injuries. Two staff members were medically assessed as a result of inmate Murchison pulling away from one, and biting another. The staff members sustained minor injuries.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 5/17/2011 | Booth Photo.pdf | TF18148 | LEW |
| 5/17/2011 | Klinefelter medical assessment.pdf | TF18148 | LEW |
| 5/17/2011 | Booth IR.pdf | TF18148 | LEW |
| 5/16/2011 | Staff Photo Injury.pdf | TF18024 | LEW |
| 5/16/2011 | Staff Memos.pdf | TF18024 | LEW |
| 5/16/2011 | Staff Injury Assess.pdf | TF18024 | LEW |
| 5/16/2011 | IR.pdf | TF18024 | LEW |
| 5/16/2011 | IM Roster 5-16-11.pdf | TF18024 | LEW |
| 5/16/2011 | IM Injury Assessment.pdf | TF18024 | LEW |

**Approved By:** SUBMITTED

B. A. Bledsoe, Warden

*Attach F*

BP-S288.052 INCIDENT REPORT CDFR--
--94-
DEPARTMENT OF JUSTICE                   265627                   FEDERAL BUREAU OF PRISONS

1. Name Of Institution: U.S.P. Lewisburg

PART I - INCIDENT REPORT

| 2. Name Of Inmate<br>Murchison, Kenneth | 3. Register Number<br>06500-059 | 4. Date Of Incident<br>05-16-2011 | 5. Time<br>5:30pm |
|---|---|---|---|
| 6. Place Of Incident<br>R/D | 7. Assignment<br>Unassg. | 8. Unit:<br>SMU Z unit | |

9. Incident: Assaulting and person, Threatening bodily harm       10. Code: 101A, 203

11. Description of incident (Date: 05/16/2011 Time:5:30pm)
On the above date while conducting a calculated use of force inmate Murchison #06500-059 became
aggressive and assaultive by stating I'm going to get one of you mother fuckers and then bit
my left shin.

| 12. Signature Of Reporting | Date And Time<br>05-16-2011<br>6:30. pm | 13. Name And Title (Printed)<br>S. Booth S.O.S | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident<br>Report Delivered-<br>5-16-11 | 16. Time Incident<br>Report Delivered<br>73 |

Part II - COMMITTEE ACTION

17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident:


18. A. It Is The Finding Of The Committee That You:
_____ Committed The Following Prohibited Act.

_____ Did Not Commit A Prohibited Act.

B. _____ The Committee Is Referring The
Charge(s) To The DHO For Further Hearing.
C. _____ The Committee Advised The
Inmate Of Its Finding And Of The Right
To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information


20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding
inmate committed prohibited act)


21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To
His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects
The UDC Proceedings.)


| Chairman (Typed Name/signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of
Part I Preparation


| 22. Investigation Began: | Date: | Time: |
|---|---|---|

23. Inmate Advised Of Right To Remain Silent: You Are Advised Of Your Right To Remain Silent
At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used
To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary

BP-S288.052 INCIDENT REPORT CDFRM                          2163617
MAY 1994
U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS

1. Name Of Institution: U.S.P. Lewisburg
                      Part I - Incident Report

| 2. Name Of Inmate Murchison, Kenneth | 3. Register Number 06500-059 | 4. Date Of Incident May 16, 2011 | 5. Time 4:10 pm |
|---|---|---|---|
| 6. Place Of Incident R&D holding Cell 3 | 7. Assignment Unassg | 8. Unit B-Blk | |

9. Incident
(101) Assaulting staff member
(203) Threatening bodily harm
(307) Refusing an order

11. Description Of Incident Date:5/16/11 Time: 4:10 p.m. (Staff become aware of incident)

On the above date and time, I was escorting inmate Murchison 06500-059 back from the intake
room of R&D to a holding cell number 3. I removed the hand cuff from his right hand and
removed the martin chain, continued to hold the cuffs. The inmate stated that he had a
bottom bunk pass. About that time the inmate pulled his left arm back through the wicket
in an aggressive manner. I pulled the cuff back through the wicket, and told the inmate
to stop and let me have the cuff. The inmate was able to gain control of the cuffs. The
inmate then stated "I will put a razor blade into someone here". The actions of the inmate
resulted in my left hand hitting the top of the wicket causing several cuts, swelling and
pain up my hand.

| 12. Signature Of Reporting Employee | Date And Time 5/16/11 5:30pm | 13. Name And Title (Printed) E. Klinefelter, CSO |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16. time, Incident Report Delivered |

                      Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

| 18. A. It Is The Finding Of The Committee That You: _____ Committed The Following Prohibited Act. _____ Did Not Commit A Prohibited Act. | B. _____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing. C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding
inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To
His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects
The UDC Proceedings.)

Chairman (Typed Name/signature)      Member (Typed Name)      Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate
Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                    Replaces BP-288(52) Of Jan 88



# Form 586 After Action Review Report

## Section 1: Form 583 Information

**Significant Incident:** LEW-11-0410
**Institution:** Lewisburg USP
**Incident Date:** 5/16/2011 4:10 PM
**Submit Approved By:** B. A. Bledsoe, Warden

**Region:** Northeast
**Incident Location:** Housing Unit, Secured
**Report Date:** 5/17/2011 11:21 AM
**Classification:** Calculated

## Section 2: Restraint Classification

**Reg #:** 06500059      **Name:** MURCHISON, KENNETH                 **Role:** Assailant
**Date Placed in Restraints:** 5/16/2011 5:20 PM      **Date Released from Restraints:** 5/18/2011 2:00 PM
**CIMS:** Yes            **STG:** No

**Date Regional Director Notified of Each Additional 8 Hour Time Period:**
5/18/2011 9:20 AM
5/18/2011 1:20 AM
5/17/2011 5:20 PM
5/17/2011 9:20 AM
5/17/2011 1:20 AM

## Section 3: After Action Review

**Warden:** D. Hudson, Acting
**Captain:** S. Snider, Dep Capt
**Additional Staff:**

**Associate Warden:** D. Hudson, AW(C)
**Health Service Administrator:** J. Hemphill, Acting

**Confrontation Avoidance Measure:** Yes    **Video Tape of Incident:** Yes    **ECN #:** 11-180
**Medical Reports of Examinations and Injuries:** Yes    **Supervisor's Report:** Yes    **Staff Memos:** Yes
**Type of Restraints Used:** Yes    **Method of Restraints Used:** Yes
**Other:**

**After-Action Review Has Determined:** The actions taken with respect to the use of force and/or restraints were
reasonable and appropriate and have been reviewed with staff involved

**Indicate Where Video Tapes and Original Documents Are Stored:**
SIS evidence locker.

**Describe any extraordinary actions which had to be taken, as last resort, to prevent serious physical injury or
serious property damage:**
None noted.

**Discrepancies Noted:**
Not all Use of Force members declared they were disease free in the introduction.

**Are there any recommendations:** No

## Section 4: Attachments

1 of 2

# Form 586 After Action Review Report

| File Date | File Name | Form Type | Original Entered By | Original Loc. Code |
|-----------|-----------|-----------|---------------------|--------------------|
| 5/18/2011 | Murchison Restraint Paperwork.pdf | 586 | TF18148 | LEW |
| 5/17/2011 | Murchison 24 05-17-11.pdf | 586 | TF16607 | LEW |
| 5/17/2011 | Booth Photo.pdf | 583 | TF18148 | LEW |
| 5/17/2011 | Klinefelter medical assessment.pdf | 583 | TF18148 | LEW |
| 5/17/2011 | Booth IR.pdf | 583 | TF18148 | LEW |
| 5/16/2011 | Staff Photo Injury.pdf | 583 | TF18024 | LEW |
| 5/16/2011 | Staff Memos.pdf | 583 | TF18024 | LEW |
| 5/16/2011 | Staff Injury Assess.pdf | 583 | TF18024 | LEW |
| 5/16/2011 | IR.pdf | 583 | TF18024 | LEW |
| 5/16/2011 | IM Roster 5-16-11.pdf | 583 | TF18024 | LEW |
| 5/16/2011 | IM Injury Assessment.pdf | 583 | TF18024 | LEW |

**Approved By:**  SUBMITTED

B. A. Bledsoe, Warden

*Attach H*

# Form 583 Report of Incident

**Incident #:** LEW-11-0414    **Submitted By:** B. A. Bledsoe, Warden    **Date/Time Of Incident:** 5/17/2011 12:00 AM

## Section 1: General Information

**FBI Notified:** No    **USMS Notified:** No    **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility    **Staff Aware Date:** 5/17/2011 12:00 AM

**Type Of Incident**

- ☐ Assault On Inmate
- ☑ Assault On Staff    Staff Assaulted: 1
- ☐ Assault, Attempted On Inmate
- ☐ Assault, Attempted On Staff
- ☑ Disruptive Behavior
- ☐ Escape From Non-secure Facility
- ☐ Escape From Secure Facility
- ☐ Escape, Attempted From Non-secure Facility
- ☐ Escape, Attempted From Secure Facility
- ☐ Fight
- ☐ Inmate Death
- ☐ Institution Disturbance
- ☐ Introduction Of Contraband
- ☐ Lethal Weapons Discharge
- ☐ Self Mutilation
- ☐ Setting A Fire
- ☐ Sexual Act, Non-consensual On Inmate
- ☐ Sexual Assault On Staff
- ☐ Sexual Contact, Abusive On Inmate
- ☐ Staff Homicide
- ☐ Strike, Food
- ☐ Strike, Work
- ☐ Suicide Attempt
- ☐ Use Of Force
- ☐ Use Of Force/Applications Of Restraints
- ☐ Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No

**Cause Of Incident Known?** No

**Cause Of Incident**

- ☐ Alcohol
- ☐ Commissary
- ☐ Debts
- ☐ Disrespect Issue
- ☐ Drugs
- ☐ Ethnic Conflict
- ☐ Food Issue
- ☐ Geographical Conflict
- ☐ Interfering with Staff duties
- ☐ Property Issue
- ☐ Racial Conflict
- ☐ Recreation Equipment
- ☐ Religious Issue
- ☐ Security Threat Group Conflict
- ☐ Sexual Pressure
- ☐ Sporting Events
- ☐ Telephone
- ☐ Theft
- ☐ Visiting
- ☐ Work Issue

## Section 2: Inmates Involved

**Reg #:** 06500059    **Name:** MURCHISON, KENNETH
**Role:** Assailant    **Medical Attention Required:** No
**Weapon (per inmate):** No    **Use of Force (per inmate):** No    **Chemical Used (per inmate):** No
**CIMS:** Yes    **STG:** No

**Restraints (per inmate):** No

**Death (per inmate):** No

# Form 583 Report of Incident

**Incident #:** LEW-11-0414   **Submitted By:** B. A. Bledsoe, Warden   **Date/Time Of Incident:** 5/17/2011 12:00 AM

## Section 3: Others Involved

**Name:** Devett, R   **Person Type:** Staff
**Medical Attention Required:** No   **Death:** No
**Sexual Assault:** No   **Staff Injury by Inmate:** No

**Name:** Lindsey, E   **Person Type:** Staff
**Medical Attention Required:** No   **Death:** No
**Sexual Assault:** No   **Staff Injury by Inmate:** No

**Name:** Mattingly, C   **Person Type:** Staff
**Medical Attention Required:** No   **Death:** No
**Sexual Assault:** No   **Staff Injury by Inmate:** No

**Name:** Potter, L   **Person Type:** Staff
**Medical Attention Required:** No   **Death:** No
**Sexual Assault:** No   **Staff Injury by Inmate:** No

**Name:** Prince, B   **Person Type:** Staff
**Medical Attention Required:** No   **Death:** No
**Sexual Assault:** No   **Staff Injury by Inmate:** No

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

No data found.

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On May 17, 2011, at approximately 12:00 a.m., inmate Murchison, Kenneth #06500-059, became disruptive in Z-Block, cell #024, by assaulting staff. Specifically, due to inmate Murchison being in four-point restraints, the Operations Lieutenant, the on duty Paramedic, and other staff were conducting a restraint check, when inmate Murchison acted in an aggressive manner and spit on the Paramedic, striking him in the face. Inmate Murchison continued to display signs of imminent violence, and continued making threatening comments towards staff. The Operations Lieutenant ordered staff to exit the cell in order to retrieve a shield. With a shield present, the Operations Lieutenant, the on duty Paramedic, and other staff re-entered the cell, and conducted the restraint check. Inmate Murchison was medically assessed, with no injuries. The Paramedic was medically assessed as a result of inmate Murchison spitting on him. The staff member did not sustain any injuries.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 5/17/2011 | Murchison Photo Log.pdf | TF18148 | LEW |

# Form 583 Report of Incident

**Incident #:** LEW-11-0414   **Submitted By:** B. A. Bledsoe, Warden   **Date/Time Of Incident:** 5/17/2011 12:00 AM

| | | | |
|---|---|---|---|
| 5/17/2011 | StaffMemos.pdf | TF18160 | LEW |
| 5/17/2011 | IRMurchison.pdf | TF18160 | LEW |
| 5/17/2011 | PhotosheetStaff.pdf | TF18160 | LEW |
| 5/17/2011 | InjAssessStaff.pdf | TF18160 | LEW |
| 5/17/2011 | InjAssessMurchison.pdf | TF18160 | LEW |
| 5/17/2011 | InsRoster.pdf | TF18160 | LEW |

**Approved By:** SUBMITTED

B. A. Bledsoe, Warden

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MURCHISON, KENNETH J | | | Reg #: 06500-059 |
| Date of Birth: | Sex: M   Race: BLACK | | Facility: LEW |
| Encounter Date: 05/17/2011 00:01 | Provider: Potter, L. EMT-P | | Unit: Z01 |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**     **Provider:** Potter, L. EMT-P

       **Chief Complaint:** Other Problem
       **Subjective:** Four Point Restraints
       **Pain Location:**
       **Pain Scale:** Refused
       **Pain Qualities:**
       **History of Trauma:**
       **Onset:**
       **Duration:**
       **Exacerbating Factors:**
       **Relieving Factors:**
       **Comments:**

**OBJECTIVE:**

Exam:
  General
    **Appearance/Nutrition**
      Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3
      No: Lethargic, Obtunded, Stuporous, Appears in Pain, Appears in Distress, Disheveled, Unkempt, Acutely Ill
    **Affect**
      Yes: Agitated
      No: Cooperative
      I/M spit on this writer while attempting to check the restraints, and became verbally aggressive. Departed cell and custody staff returned with shield.  Due to I/M being insulin dependent diabetic. Re-entered the cell and checked blood sugar. BS 224. No signs of trauma noted to I/M.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**
  Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/17/2011 | Not Done | | Potter, L. | No Participation |

| | | |
|---|---|---|
| Inmate Name:  MURCHISON, KENNETH J | | Reg #:  06500-059 |
| Date of Birth: ███████ | Sex:  M   Race:  BLACK | Facility:  LEW |
| Encounter Date: 05/17/2011 00:01 | Provider:  Potter, L. EMT-P | Unit:  Z01 |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Potter, L. EMT-P on 05/17/2011 00:41

Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Peoria, M. PA-C.

Review documentation will be displayed on the following page.

BP-S288.052 INCIDENT REPORT
U.S. DEPARTMENT OF JUSTICE

CDFRM MAY 1994
FEDERAL BUREAU OF PRISONS

Part I - Incident Report

| 1. Name Of Institution: USP Lewisburg | | | |
|---|---|---|---|
| 2. Name Of Inmate Murchison, Kenneth | 3. Register Number 06500-059 | 4. Date Of Incident 5-17-11 | 5. Time 0005 |
| 6. Place Of Incident Z-Block cell 024 | 7. Assignment Unassigned | 8. Unit: Z-Block | |

9. Incident: Assaulting any person, Threatening, Insolence        10. Code: 224, 203,

11. Description Of Incident (Date:5-17-11 Time: 0005 AM Staff become aware of incident)
On the above date and approx. time I was attempting to check I/M Murchison 06500-059 in four point restraints. As I bent down to check his wrist restraint I/M Murchison spit at me striking me in the face and chest. I/M Murchison then became verbally aggressive and threatening towards staff. Stating" I got you mother fucker. [and] I'm going to get one of you fuckers every chance I get." I departed the cell and after about 15 minutes custody staff returned with a shield. I re-entered the cell and checked I/M Murchison's blood sugar. I/M Murchison is an insulin dependent diabetic and there is no medical coverage during the MW hours and this was necessary to ensure I/M Murchison's health. During this check I/M Murchison continued to threaten staff with violence stating "I get out in seven months and I'll come back and see you again.

| 12. Signature Of Reporting Employee | Date And Time 5-17-11 0105 AM | 13. Name And Title (Printed) L. Potter Paramedic | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident Report Delivered | 16.time Incident Report Delivered |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident



| 18. A. It Is The Finding Of The Committee That You: Committed The Following Prohibited Act. ___ Did Not Commit A Prohibited Act. | B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing. C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information



20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)



21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature)        Member (Typed Name)        Member (Typed Name)

Attach. K

BP-S717.055      Fifteen Minute Restraints Check Form (24-Hours)   CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| Inmate Name: Murchison, Kenneth | Reg. No.: 96500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/16/11 , 545 pm   Ending: 5/17/11 , 1230 Am
                        Date        Time              Date        Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments.  Use additional paper if needed.  Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| | I/m placed into 4 point rest | W | | I/m continues to threaten staff | W |
| | I/m yelling at door | W | | I/m yelling at staff | W |
| | I/m yelling at staff | W | | I/m laying on Bed | W |
| | I/m laying on Bed | W | | I/m laying on Bed | MC |
| | I/m laying on Bed | W | | I/M laying on Bed | MC |
| | I/m refuses to talk to staff | W | | I/M laying on Bed | MC |
| | I/m laying on Bed | W | | I/m laying on Bed | ERJ |
| | I/m yelling at staff | W | | I/m laying on Bed | ERJ |
| | I/m yelling at staff | W | | I/m laying on Bed | ERJ |
| | I/m threatening staff I/R written | W | | I/m talking out loud to self | ERJ |
| | I/m yelling at staff | W | | I/m laying on Bed | ERJ |
| | I/m laying on Bed | W | | I/m laying on Bed | ERJ |
| | I/m yelling at staff | W | | I/m laying on Bed | ERJ |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| Wenrul | W | | | |
| M. CONDIT | MC | | | |
| E. Lindsey | ERJ | | | |
| | | | | |

(This form may be replicated via WP)

BP-S717.055    Fifteen Minute Restraints Check Form  (24-Hours)  CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| Inmate Name: Murchison, Kenneth | Reg. No.: 06500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/17/11 , 12:45 Am  Ending: 5/17/11 , 7:30 Am
Date          Time                    Date        Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m yelling at staff | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m laying on bed | EL2 | | I/m yelling at staff, gave finger | EL2 |
| | I/m laying on bed | EL2 | | I/m laying on bed | EL2 |
| | I/m gave staff the finger | EL2 | | I/m laying on bed | L |
| | I/m laying on bed | EL2 | | I/m laying on bed | L |
| | I/m laying on bed | EL2 | | I/m yelling | L |

| PRINTED STAFF NAME | INIT |
|---|---|
| E. Lindsey | EL2 |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| J. Leslo | L |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055     Fifteen Minute Restraints Check Form (24-Hours)  CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Murchinson, Kenneth | Reg. No.: 06500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/17/11  745A   Ending: 5/17/11  730pm
                          Date    Time          Date    Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
|  | I/m laying on bed | a |  | I/m laying in bed | a |
|  | I/m laying on bed | a |  | I/m laying in bed | a |
|  | I/m laying on bed | a |  | I/m laying in bed | a |
|  | I/m yelling | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m yelling | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m yelling | a |  | I/m laying in bed | a |
|  | I/m yelling "we don't know policy" | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |
|  | I/m laying in bed | a |  | I/m laying in bed | a |

| PRINTED STAFF NAME | INIT |
|---|---|
| Tilesho | a |
|  |  |
|  |  |
|  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(This form may be replicated via WP)

Fifteen Minute Restraints Check Form (24-Hours)   CDFRM

BP-S717.055
DEC 05

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Inmate Name: Hutchinson, Kenneth | Reg. No.: 06500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/17/11 , 9:45Am  Ending: 8/17/11 , 9:30 pm
Date          Time              Date      Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| | COMMENTS | INIT | | COMMENTS | INIT |
|---|---|---|---|---|---|
| | Ifm yelling at Staff | | | Ifm laying on Bed | |
| | Ifm laying on Bed | | | Ifm laying on Bed | |
| | Ifm yelling at Staff | | | Ifm yelling at Staff | |
| | Ifm laying on Bed | | | Ifm laying on Bed | |
| | Ifm yelling at Staff | | | Ifm laying on Bed | |
| | Lt check Ifm | | | Ifm laying on Bed | |
| | Ifm laying on Bed | | | Ifm laying on Bed | |
| | Ifm laying on Bed | | | Lt check Ifm | |
| | Ifm yelling at Staff | | | Ifm laying on Bed | |
| | Ifm laying on Bed | | | DIM laying on Bed | MC |
| | Ifm yelling at Staff | | | DIM wants Medical | MC |
| | Ifm yelling at Staff | | | Ifm laying on Bed | |
| | Lt check Ifm | | | Ifm yelling at Staff | |
| | | | | Ifm laying on Bed | |

| PRINTED STAFF NAME | INIT |
|---|---|
| J. Dunkle | |
| M. CONDIT | mC |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055    Fifteen Minute Restraints Check Form (24-Hours)   CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Murphson, Kenneth | Reg. No.: 06500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/17/11 ___ Date ___ 9:45pm ___ Time ___ Ending: 4:30 Am ___ Date 5-18-11 ___ Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed.  Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 9:45 | I/m laying on Bed | DW | | I/m lying on bed awake/moving | RD |
| 10:00 | LT Check I/m | DW | | I/m refuse to respond | RD |
| | I/M laying on Bed | MC | | I/m lying on bed | RD |
| | I/M laying on Bed | MC | | I/m lying on bed | RD |
| | I/M laying on Bed | MC | | Lt Check | RD |
| | I/m laying on bed | RD | | I/m lying in bed | RD |
| | I/m said "Fuck off mother batard" | RD | | I/m lying in bed | RD |
| | PA in for check | RD | | I/m responded that he is feeling O.K. | RD |
| | I/m lying on bed | RD | | I/m lying on bed | RD |
| | I/m lying on bed | RD | | I/m lying on bed | RD |
| | Lt check | RD | | I/m lying on bed | RD |
| | I/m would not specify time | RD | | I/m responded that he felt O.K. | RD |
| | I/m said he is feeling OK | RD | | Lt Check | RD |
| | I/m lying on bed | RD | | I/m lying on bunk | RD |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| Wennek | DW | | | |
| M. Candit | MC | | | |
| R. Doskett | RD | | | |
| | | | | |
| | | | | |

(This form may be replicated via WP)

BP-S717.055    Fifteen Minute Restraints Check Form (24-Hours)   CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Inmate Name: Murchison, K | Reg. No.: 06500-055 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5-18-11 , 4:45 AM    Ending: 5/18/11 , 11:30 AM
                          Date      Time                Date        Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments.  Use additional paper if needed.  Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
|  | I/m lying on bunk, awake | RD |  | I/m lying on bed | a |
|  | I/m lying on bed, awake | RD |  | I/m lying on bed | a |
|  | I/m lying on bed, talking | RD |  | I/m lying on bed | a |
|  | I/m lying on bed | RD | 9:15 | I/m standing | RSB |
|  | I/m lying on bed | RD | 9:30 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | RD | 9:45 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 10:00 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 10:15 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 10:30 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 10:45 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 11:00 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 11:15 | I/m sitting on Bunk | RSB |
|  | I/m lying on bed | a | 11:30 | I/m sitting on Bunk | RSB |

| PRINTED STAFF NAME. | INIT |
|---|---|
| R. Pellett | RD |
| R. Bastian | RSB |
|  |  |
|  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(This form may be replicated via WP)

BP-S717.055      Fifteen Minute Restraints Check Form (24-Hours)  CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS

| Inmate Name: Murchison | Reg. No. 06500-059 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 5/18/11 Date , 11:45 am Time   Ending: 5/18/11 Date , 2:00 Time

| Instructions: | * Describe inmate's behavior, including verbal |
|---|---|

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 11:45 | Im Eating | RSB | | | |
| 12:00 | Im Sitting on bed | RSB | | | |
| 12:15 | Im Sitting on bunk | RSB | | | |
| 12:30 | Im Sitting on bunk | RSB | | | |
| 12:45 | Im Sitting on bunk | RSB | | | |
| 1:00 | Im Sitting on bunk | RSB | | | |
| 1:15 | Im Sitting on bunk | RSB | | | |
| 1:30 | Im Sitting on bunk | RSB | | | |
| 1:45 | Im Sitting on Bunk | RSB | | | |
| 2:00 | Removed From Restraint | RSB | | | |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| R. Bastian | RSB | | | |
| | | | | |
| | | | | |
| | | | | |

(This form may be replicated via WP)

*Attach L*

BP-A718.055   **Two-Hour Lieutenant Restraints Check Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Inmate Name: Murchison, Kenneth   Reg. No.: 06500-059   Inst.: USP Lewisburg

24-Hour Period Beginning: 5/16/11, 5:45pm   Ending: 5/8/11 2:00pm

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* A Lieutenant must check the general welfare of the inmate every two (2) hours.
* Use a separate form for every 24-hour period the inmate remains in restraints.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.

---

Lieutenant Name: R Johnson / R Jh (Typed Name and Signature)   Date: 5/16/11   Time: 8:00 p

Desired Calming Effect? Yes ☐ No ☑   Toilet Used? Yes ☐ No ☑

Describe Inmate's Behavior: I/m restraints checked. I/m checked by medical. I/m drank 8 ounces of water. I/m was agitated during check stated he kills people and is not afraid to kill.

Action Taken: Remain in restraints.

---

Lieutenant Name: R Johnson / R Jh (Typed Name and Signature)   Date: 5/16/11   Time: 10:00 p

Desired Calming Effect? Yes ☐ No ☑   Toilet Used? Yes ☐ No ☑

Describe Inmate's Behavior: I/m restraints checked. I/m drank 8 ounces water and ate one sandwich. I/m stated this place is fucked up. I/m attitude still poor.

Action Taken: Remain in restraints.

---

Lieutenant Name: Mattingly M (Typed Name and Signature)   Date: 5/17/11   Time: 12:00 p

Desired Calming Effect? Yes ☐ No ☒   Toilet Used? Yes ☐ No ☒

Describe Inmate's Behavior: I/m spit on P.A. Potter during check
OPS Notified

Action Taken: Remain in 4-pt restraints

Lieutenant Name: _Mattingly_ _M_ (Typed Name and Signature)   Date: _5-17-11_   Time: _2⁰⁰ AM_

Desired Calming Effect?   Yes ☐   No ☒   Toilet Used?   Yes ☐   No ☒

Describe Inmate's Behavior: I/m continues to threaten all staff with bodily harm. He stated he will find us when he gets released and kill us. I/m refused water

Action Taken: Remain in 4-pt restraints

---

Lieutenant Name: _Mattingly_ _M_ (Typed Name and Signature)   Date: _5-17-11_   Time: _4⁰⁰ A_

Desired Calming Effect?   Yes ☐   No ☒   Toilet Used?   Yes ☐   No ☒

Describe Inmate's Behavior: I/m is very agitated and verbally aggressive towards staff. He is still making threats off bodily harm

Action Taken: Remain in 4-pt restraints

---

Lieutenant Name: _Mattingly_ _M_ (Typed Name and Signature)   Date: _5-17-11_   Time: _6⁰⁰ A_

Desired Calming Effect?   Yes ☐   No ☒   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: I/m is "promising only trouble" when he gets his hands free. He is demonstrating NO self control. Very Agitated

Action Taken: Remain in 4-pt restraints

---

Lieutenant Name: _SAYLOR_ (Typed Name and Signature)   Date: _5-17-11_   Time: _8⁰⁰ Am_

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/m STATED " I WILL GET WHAT I WANT WHEN I GET OUT OF RESTRAINTS"

Action Taken: REMAIN IN RESTRAINTS

Lieutenant Name: SAYLOR _____ Date: 5-17-11 Time: 10⁰⁰ Am
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I'm CONTINUES TO DEMANDS HE
BE RELEASED FROM RESTRAINTS. REMAINS AGRESSIVE
TOWARDS STAFF. POOR CONTROL OF EMOTIONS

Action Taken: REMAIN IN RESTRAINTS   POOR ATTITUDE

---

Lieutenant Name: SAYLOR _____ Date: 5-17-11 Time: 12⁰⁰ Pm
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I'm STATED "I HAVE BEEN IN
THE SMU PROGRAM BEFORE, I DONT GIVE
A FUCK. POOR ATTITUDE, REMAINS COMBATIVE TOWARDS
STAFF

Action Taken: REMAIN IN RESTRAINTS

---

Lieutenant Name: E Shart _____ Date: 5/17/11 Time: 2:00 PM
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: inmate remains agitated and
verbally abusive states I dont give a fuck get
out, I will come out sooner or later.

Action Taken: Continue in restraints

---

Lieutenant Name: R Johnson / RJoh _____ Date: 5-17-11 Time: 4:00 P
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I'm restraints checked. I'm checked by
medical. I'm drank 8ounces water and ate one sandwich.
I'm stated this place is fucked up. Attitude is poor

Action Taken: Remain in restraints.

**Lieutenant Name:** R Johnson / RJ
(Typed Name and Signature)   **Date:** 5/17/11   **Time:** 6:00 p

**Desired Calming Effect?** Yes ☐   No ☑   **Toilet Used?** Yes ☐   No ☑

**Describe Inmate's Behavior:** I/m restraints checked. I/m checked by medical staff. I/m drank 8 ounces of water. I/m stated I am not going to do this program. I/m attitude was poor.

**Action Taken:** Remain in restraints.

---

**Lieutenant Name:** J Seeley / JS
(Typed Name and Signature)   **Date:** 5/17/2011   **Time:** 8:00 p

**Desired Calming Effect?** Yes ☐   No ☑   **Toilet Used?** Yes ☐   No ☑

**Describe Inmate's Behavior:** Inmate refused toilet and water. Stated "I don't want nothing from you cracker". Attitude is poor. Agitated with staff.

**Action Taken:** Remain in restraints

---

**Lieutenant Name:** R Johnson / RJ
(Typed Name and Signature)   **Date:** 5/17/11   **Time:** 10:00 p

**Desired Calming Effect?** Yes ☐   No ☑   **Toilet Used?** Yes ☐   No ☑

**Describe Inmate's Behavior:** I/m restraints checked. I/m not compliant with staff directives I/m attitude was poor during check.

**Action Taken:** Remain in restraints.

---

**Lieutenant Name:** B Thames / BT
(Typed Name and Signature)   **Date:** 5-18-2011   **Time:** 12:00 DM

**Desired Calming Effect?** Yes ☐   No ☑   **Toilet Used?** Yes ☐   No ☑

**Describe Inmate's Behavior:** I/m restraints checked. I/m Attitude was poor I/m stated fuck you and this place.

**Action Taken:** Remain in restraints.

Lieutenant Name: B.Thann / _(signature)_            Date: 5/18/2011   Time: 2:00 Am
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/m restraits Checked. I/m Attitde is very
Poor. I/m Stated This Program is Bullshit and you can not make
me Do it.

Action Taken: Remains In Restraints

---

Lieutenant Name: B.Thann / _(signature)_            Date: 5/18/2011   Time: 4:00 Am
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/m restraits Checked, I/m Stated I Am Tired
OF being Fuck with. I/m Attitde was Poor, I/m was getting
Box of Resource 20.

Action Taken: Remains In Restraints

---

Lieutenant Name: B.Thann / _(signature)_            Date: 5/18/2011   Time: 6:00 Am
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/m restraints Checked. I/m Stated I Still
Hate ALL You mother Fucker.

Action Taken: Remains in Restraints

---

Lieutenant Name: E.Shvat _(signature)_            Date: 5/18/11   Time: 8:00 A
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: remains agitated with poor altitude
and behavior

Action Taken: Continue in restraint

Lieutenant Name: _E Shart LP_
(Typed Name and Signature)   Date: _5/18/11_   Time: _900A_

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _inmate downgraded to ambulatory restraints and moved to D-125 slight agitation noted_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _SAYLOR_
(Typed Name and Signature)   Date: _5/18/11_   Time: _1000 am_

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I'm COMPLAINING ABOUT STAFF FUCKING W/ITH HIM, POOR ATTITUDE_

Action Taken: _REMAIN IN RESTRAINTS_

---

Lieutenant Name: _SAYLOR_
(Typed Name and Signature)   Date: _5/18/11_   Time: _1200 pm_

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/M STATED "I DONT WANT TO BE HERE, I WILL GET OUT OF HERE ONE WAY OR ANOTHER" POOR ATTITUDE_

Action Taken: _REMAIN IN RESTRAINTS_

---

Lieutenant Name: _JL_
(Typed Name and Signature)   Date: _5/18/11_   Time: _2:00 p_

Desired Calming Effect?   Yes ☑   No ☐   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/M has regained control. Restraints have had the desired calming effect._

Action Taken: _Restraint Removed_

---

(This form may be replicated via WP)

*Attach M*

# Form 583 Report of Incident

**Incident #:** LEW-12-0431   **Submitted By:** Thomas, J. E.   **Date/Time Of Incident:** 6/17/2012 6:45 AM

---

## Section 1: General Information

**FBI Notified:** No   **USMS Notified:** No   **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility   **Staff Aware Date:** 6/17/2012 6:45 AM

**Type Of Incident**

- [ ] Assault On Inmate
- [ ] Assault On Staff
- [ ] Assault, Attempted On Inmate
- [ ] Assault, Attempted On Staff
- [x] Disruptive Behavior
- [ ] Escape From Non-secure Facility
- [ ] Escape From Secure Facility
- [ ] Escape, Attempted From Non-secure Facility
- [ ] Escape, Attempted From Secure Facility
- [ ] Fight
- [ ] Inmate Death
- [ ] Institution Disturbance
- [ ] Introduction Of Contraband
- [ ] Lethal Weapons Discharge
- [ ] Self Mutilation
- [ ] Setting A Fire
- [ ] Sexual Act, Non-consensual On Inmate
- [ ] Sexual Assault On Staff
- [ ] Sexual Contact, Abusive On Inmate
- [ ] Staff Homicide
- [ ] Strike, Food
- [ ] Strike, Work
- [ ] Suicide Attempt
- [ ] Use Of Force
- [x] Use Of Force/Applications Of Restraints
- [ ] Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No

**Cause Of Incident Known?** No

**Cause Of Incident**

- [ ] Alcohol
- [ ] Commissary
- [ ] Debts
- [ ] Disrespect Issue
- [ ] Drugs
- [ ] Ethnic Conflict
- [ ] Food Issue
- [x] Geographical Conflict
- [ ] Interfering with Staff duties
- [ ] Property Issue
- [ ] Racial Conflict
- [ ] Recreation Equipment
- [ ] Religious Issue
- [ ] Security Threat Group Conflict
- [ ] Sexual Pressure
- [ ] Sporting Events
- [ ] Telephone
- [ ] Theft
- [ ] Visiting
- [ ] Work Issue

---

## Section 2: Inmates Involved

**Reg #:** 17556075   **Name:** HOPKINS, TONY
**Role:** Suspect   **Medical Attention Required:** Institution

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

1 of 4

# Form 583 Report of Incident

**Incident #:** LEW-12-0431     **Submitted By:** Thomas, J. E.     **Date/Time Of Incident:** 6/17/2012 6:45 AM

**Weapon (per inmate):** No     **Use of Force (per inmate):** Yes     **Chemical Used (per inmate):** No
**CIMS:** Yes     **STG:** Yes

**Restraints (per inmate):** Prolonged
   **Restraints Authorized By:** Thomas, J. E.
   **Date/Time Placed In Restraints:** 6/17/2012 8:15 AM
   **Restraint Equipment Used:** ☑Hard ☐Soft
   **Restraint Method Used:** ☑Ambulatory ☐2-Point ☐4-Point

**Death (per inmate):** No

**Reg #:** 06500059     **Name:** MURCHISON, KENNETH
**Role:** Suspect     **Medical Attention Required:** Institution
**Weapon (per inmate):** No     **Use of Force (per inmate):** Yes     **Chemical Used (per inmate):** No
**CIMS:** Yes     **STG:** No

**Restraints (per inmate):** Prolonged
   **Restraints Authorized By:** Thomas, J. E.
   **Date/Time Placed In Restraints:** 6/17/2012 8:15 AM
   **Restraint Equipment Used:** ☑Hard ☐Soft
   **Restraint Method Used:** ☑Ambulatory ☐2-Point ☐4-Point

**Death (per inmate):** No

## Section 3: Others Involved

**Name:** Bilinski, R.     **Person Type:** Staff
**Medical Attention Required:** No     **Death:** No
**Sexual Assault:** No     **Staff Injury by Inmate:** No

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

**Use of Force Classification:** Calculated, Planned Use Of Force

| Staff Name | Medical Attention | Role |
|---|---|---|
| Pealer, B. | No | UOF Team Member |
| Rothermel, C. | No | UOF Team Member |
| McClintock, D. | No | Medical |
| Lesho, J. | No | UOF Team Member |
| Romig, J. | No | Camera Operator |

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** LEW-12-0431      **Submitted By:** Thomas, J. E.      **Date/Time Of Incident:** 6/17/2012 6:45 AM

| | | |
|---|---|---|
| Sherman, J. | No | UOF Lieutenant |
| Vargeson, J. | No | Camera Operator |
| Wenrick, J. | No | UOF Team Member |
| Metzger, K. | No | Confrontational Avoidance |
| Russo, M. | No | UOF Team Member |
| Buff, R. | No | UOF Team Member |
| Fisher, R. | No | UOF Team Member |

**Was Incident Videotaped?**      Yes

**If Yes, Was Video Tape Sequential?**  Yes

**If No, Why:**

### Reason For Use Of Force
☑ Confrontation Avoidance Proved Ineffective
☑ Displayed Signs Of Imminent Violence
☑ Enforcement Of Institution Regulations

### Chemicals Used
| Chemical | Quantity |
|---|---|
No data found.

### Less-Lethal Weapons Used
| Less-Lethal Weapon | Quantity |
|---|---|
No data found.

### Other Equipment Used
| Other Equipment | Quantity |
|---|---|
No data found.

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On June 17, 2012, at approximately 6:45 a.m., inmates Murchison, Kenneth, #06500-059, and Hopkins, Tony, # 17556-075, became disruptive in C-Block cell #220. Specifically, inmates Murchison and Hopkins refused to give staff their food trays and displayed signs of imminent violence by stating they will assault each other or kill staff if they were not immediately removed from the cell and separated. Due to inmates Murchison and Hopkins continued refusal of staff orders as well as their display of imminent violence, the Warden was notified and authorized a Use of Force Team to be assembled to place inmates Murchison and Hopkins in ambulatory restraints. At approximately 7:44 a.m., a Use of Force Team was assembled and confrontation avoidance procedures were initiated with positive results. Inmates Murchison

### UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** LEW-12-0431     **Submitted By:** Thomas, J. E.     **Date/Time Of Incident:**  6/17/2012 6:45 AM

and Hopkins were removed from cell #220 and escorted to the C-Block second floor shower.  Inmates Murchison was visually searched, metal detected, placed in new clothes and placed in ambulatory restraints at approximately 8:15 a.m. Inmate Murchison was escorted to D-Block and placed in cell #101 without further incident.  Inmate Hopkins was visually searched, metal detected, placed in new clothes and placed in ambulatory restraints at approximately 8:15 a.m.  Inmate Hopkins was escorted to D-Block and placed in cell #102 without further incident.  Inmates Murchison and Hopkins were medically assessed and sustained no injuries.  No staff injuries were reported.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc Code |
|---|---|---|---|
| 6/18/2012 | Murchison Restraint Paperwork.pdf | TF18148 | LEW |
| 6/18/2012 | Sack Lunch Memo.pdf | TF18148 | LEW |
| 6/17/2012 | Murchison Medical Assessment.pdf | TF18148 | LEW |
| 6/17/2012 | Hopkins Medical Assessment.pdf | TF18148 | LEW |
| 6/17/2012 | Murchison Property Form.pdf | TF18148 | LEW |
| 6/17/2012 | Hopkins Property Form.pdf | TF18148 | LEW |
| 6/17/2012 | Staff Memos.pdf | TF18148 | LEW |
| 6/17/2012 | Murchison Photo Log.pdf | TF18148 | LEW |
| 6/17/2012 | Hopkins Photo Log.pdf | TF18148 | LEW |
| 6/17/2012 | Murchison Incident Report.pdf | TF18148 | LEW |
| 6/17/2012 | Hopkins Incident Report.pdf | TF18148 | LEW |
| 6/17/2012 | Institution Roster.pdf | TF18148 | LEW |

**Approved By:**  SUBMITTED

Thomas, J. E.

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).